UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD McKNIGHT, #687302

      Petitioner,

                                     CASE NO. 2:19-cv-10516

v.

PAT WARREN,                        HON. BERNARD A.
                                       FRIEDMAN

      Respondent.              MAG. MONA K. MAJZOUB

---

**Notice of Filing Rule 5 Materials
Index of Record
Certificate of Service**

**Notice**

TO:  HOWARD McKNIGHT, #687302
       MACOMB CORRECTIONAL FACILITY
       34625 26 MILE ROAD
       LENOX TOWNSHIP, MI 48048

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being

served upon the Clerk of the United States District Court for the

Eastern District of Michigan, Southern Division, as set forth in the

attached Index of Record.

                                  Respectfully submitted,

                                  DANA NESSEL
                                  Attorney General

s/Linus Banghart-Linn

Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-7650
banghartlinnl@michigan.gov
P73230

Dated:  August 26, 2019

## Index of Record
19-10516

1.     Wayne County Register of Actions 13-628-01-FC

2.     01-22-2013 Preliminary Exam Transcript 1

3.     01-22-2013 Preliminary Exam Transcript 2

4.     01-29-2013 Arraignment Hearing

5.     03-19-2013 Final Conference

6.     04-09-2013 Plea of Guilty

7.     04-26-2013 Sentencing transcript

8.     05-01-2013 Evidentiary Hearing

9.     05-14-2013 Motion Transcript

10.    06-12-2013 Motion Transcript

11.    10-18-2013 Final Conference

12.    11-18-2013 Jury Trial

13.    11-19-2013 Jury Trial

14.    11-20-2013 Jury Trial

15.    11-21-2013 Jury Trial

16.    11-22-2013 Jury Trial

17.    12-12-2013 Sentencing Transcript

18.    10-24-2016 Motion for Relief From Judgment

19.     01-05-2017 Brief in Support of Motion From Relief From
        Judgment

20.     11-08-2017 Opinion

21.     Michigan Court of Appeals 319979

22.     Michigan Supreme Court 151759

23.     Michigan Court of Appeals 343345

24.     Michigan Supreme Court 158128

## Certificate of Service

I hereby certify that on August 26, 2019, I electronically filed the

foregoing papers with the Clerk of the Court using the ECF system

which will send notification of such filing to the following:

> HON. BERNARD A. FRIEDMAN
> MAG. MONA K. MAJZOUB

and I hereby certify that Kari Edgecomb has mailed by United States

Postal Service the papers to the following non-ECF participant:

> HOWARD McKNIGHT, #687302
> MACOMB CORRECTIONAL FACILITY
> 34625 26 MILE ROAD
> LENOX TOWNSHIP, MI 48048

Respectfully submitted,

DANA NESSEL
Attorney General

s/Linus Banghart-Linn

Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7650
banghartlinnl@michigan.gov
P73230