```
1                          STATE OF MICHIGAN

2       IN THE 36th DISTRICT COURT FOR THE CITY OF DETROIT

3

4       PEOPLE OF THE STATE OF MICHIGAN,

5             -vs-                         DISTRICT COURT

6       HOWARD MCKNIGHT,                   CASE NO. 13-55341

7                          Defendant:

8       _____/

9                     PRELIMINARY EXAMINATION

10         BEFORE THE HONORABLE PRENTIS EDWARDS, JR.

11                  36TH District Court Judge

12        Detroit, Michigan - Tuesday, January 22, 2013

13

14      APPEARANCES:

15      For the People:

16                   QIANA LILLARD, ATTORNEY, P-64230
                     VENESHIA CEZIL, ATTORNEY, P-72778
17                   Wayne County Prosecutor's Office
                     1441 St. Antoine, 12th Floor
18                   Detroit, Michigan 48226-2302
                     (313) 224-5777
19      For Defendant:
                     JAMES C. HOWARTH, ATTORNEY, P-15179
20                   615 Griswold, Suite 820
                     Detroit Michigan 48226
21                   (313) 963-1455

22      Court Reporter:
                     BETH A. TOMASI, CSR-3098
23                   (313) 965-6187

24

25
```

```
1                           I N D E X

2                            WITNESS

3

4    LUCILLE JAMES

5    Direct Examination by Ms. Lillard          6
     Cross-Examination by Mr. Howarth          31
6    Re-Examination by Ms. Lillard             60
     Re-Examination by Mr. Howarth             62
7
     JAMES STONE
8    Direct Examination by Ms. Cezil           63
     Cross-Examination by Mr. Howarth          80
9    Re-Examination by Ms. Cezil               99
     Re-Examination by Mr. Howarth            100
10

11                           EXHIBITS

12

13   People's Exhibit 1

14        Photograph lineup                     6

15   People's Exhibit 2

16        Photograph lineup                     6

17   People's Exhibit 3

18                                             63

19

20

21

22

23

24

25
```

```
 1                              Detroit, Michigan

 2                              January 22, 2013

 3                              10:54 a.m.

 4              *        *      *.    * *

 5              THE COURT:  Case number 13-55341, State of

 6     Michigan versus Howard McNight.  The defendant is

 7     charged with two counts kidnapping, penalty felony,

 8     life or any terms of years; two counts robbery armed,

 9     penalty felony, life or any terms of years, unless

10     aggravated assault or serious injury is involved and

11     less than two years, one count criminal sexual

12     conduct, first degree, joint felony, penalty felony,

13     life or any terms of years; two counts assault with a

14     dangerous weapon, felonious assault, penalty, felony,

15     four years and/or $2,000; one count weapons, felony

16     firearm, possession by a felon, penalty, felony, five

17     years and/or $5,000; one count weapons, felony

18     firearm, penalty two years, consecutively with and

19     preceding any term of imprisonment imposed for the

20     felony or attempted felony conviction.  The defendant

21     is a habitual offender, third offense notice.  Present

22     for exam.

23              THE COURT:  Good morning.  Appearance?

24              MS. LILLARD:  Qiana Lillard, P-64230 on

25     behalf of the People.
```

1          MS. CEZIL:   Veneshia Cezil on behalf of,

2     People, P number 72778.

3          MR. HOWARTH:   Your Honor, James Howarth,

4     appearing on behalf of Mr. McKnight.

5          THE COURT:  Good morning.

6          MS. LILLARD:  Judge, this is date and time

7     set for preliminary examination.  The People are

8     prepared to proceed.  We have two witnesses today,

9     Miss Lucille James and Mr. James Stone.  We would ask

10    for mutual sequestration of all witnesses.  We have

11    asked our other witnesses to step into the hallway.

12    We're asking for exception for the officer in charge,

13    Robert Cane, who is present and seated at counsel

14    table, so that he might assist the People with the

15    preliminary exam today.

16         THE COURT:  Any objection?

17         MR. HOWARTH:  No objection, your Honor.   I

18    do not know of any defense witnesses.   I do know that

19    I'm not calling any witnesses at this hearing, so I am

20    not going to ask anyone to leave the courtroom.

21         THE COURT:   Sure.  If you could just

22    survey the audience, you and your client, to make sure

23    there are no potential witnesses on your behalf?

24         MR. HOWARTH:  Your Honor, without having

25    any way to know who might be a potential witness, I

BETH A. TOMASI, CSR-3098

1       don't know who's here.

2                   THE COURT:  If there is any potential that

3       there are witnesses in the audience who may testify in

4       this matter, either today or at future hearings,

5       please step in the hallway until you're advised by

6       myself or attorneys to return to the courtroom or else

7       you'll be barred from testifying today or at future

8       dates.  If you have the potential to be a witness in

9       this case, please step in the hallway and remain in

10      the hallway until informed to return.

11                  THE COURT:  Miss Lillard, can you make sure

12      there are no potential witnesses in the audience?

13                  MS. LILLARD:  Judge, everyone has stepped

14      out of the courtroom.  Some of the complainants'

15      children were here and because they are potential

16      witnesses, they were -- my victim advocate did have

17      them step in the hallway.  I think we're ready to

18      proceed, but before we start, your Honor, I just want

19      to make sure, there was some confusion when the

20      computer listed the case.  Does the information that

21      the Court have contain Counts III and IV, armed

22      robbery?       THE COURT:  Yes.

23                  MS. LILLARD: Okay.  Thank you.  We're ready

24      to proceed.

25                  THE COURT:  All right.

1       MS. LILLARD: May I call my first witness?

2       THE COURT: You may.

3       MS. LILLARD: People call Lucille James.

4       L U C I L L E    J A M E S,

5    after been first duly sworn to tell the truth, the

6    whole truth and nothing but the truth, was examined

7    and testified as follows:

8       THE WITNESS: Yes.

9       THE COURT: You may be seated. I don't

10   know if there is a microphone. Keep your voice up.

11   Listen closely to the questions. If you don't

12   understand, just let the attorneys know, okay?

13      THE WITNESS: Okay.

14      MS. LILLARD: Good morning. I'm just going

15   to let the court reporter mark two exhibits before I

16   start.

17      (Whereupon People's Proposed Exhibit

18   numbers 1 and 2 were marked and identified for the

19   record).

20      DIRECT EXAMINATION

21   BY MS. LILLARD:

22   Q.   Good morning, Miss James.

23   A.   Good morning.

24   Q.   Please state your full name for the record.

25   A.   My name is Lucille James.

```
1    Q.   What city do you live in?

2    A.   Detroit.

3    Q.   And you have a -- do you know a person by the name of

4         James Stone?

5    A.   Yes, I do.

6    Q.   How do you know James Stone?

7    A.   He's my husband.

8    Q.   How long have you and Mr. Stone been together?

9    A.   Forty years.

10   Q.   Now are you legally married?

11   A.   No, we not.

12   Q.   But because of the length of your relationship you

13        refer to him as your husband?

14   A.   Yes.   We have kids involved.

15   Q.   How many children do you have together?

16   A.   Three.

17   Q.   How many grandchildren?

18   A.   Twenty-three.

19   Q.   Now were you with a James Stone on New Years Eve of

20        2012?

21   A.   Yes, I was.

22   Q.   December 31st, 2012?

23   A.   Yes, I was.

24   Q.   Where were you that evening?

25   A.   We went to the casino.
```

BETH A. TOMASI, CSR-3098

```
1                    MR. HOWARTH:  I'm sorry, your Honor, I did
2        not hear the last word the witness said.
3                    THE COURT:  Okay.  I believe she said they
4        went to the casino.
5                    MR. HOWARTH:   Thank you.
6    BY MS. LILLARD:
7    Q.   How did you get there?
8    A.   We was driving our truck we had just purchased.
9    Q.   Who was driving?
10   A.   Mr. Stone.
11   Q.   How long had you had that vehicle?
12   A.   About -- I'd say about four or five hours.
13   Q.   Now on December 31st, had you consumed any alcohol?
14   A.   Well, we drunk a beer about six.
15   Q.   And what time was this when you went to the casino?
16   A.   We went -- we left about -- we drank the beer about
17        six and we left about seven.
18   Q.   When you say we, who is the we that you're referring
19        to?
20   A.   Me and Mr. Stone.
21   Q.   Does that mean you and Mr. Stone had a beer?
22   A.   Yes.
23   Q.   What time was it when you left the casino?
24   A.   About nine.
25   Q.   Had you consumed any other intoxicating substances,
```

```
 1        meaning any marijuana or any drugs like that?
 2   A.   No.
 3   Q.   When you left the casino at around nine, where were
 4        you going?
 5   A.   We was on our way to my son's house.
 6   Q.   And what route did you travel?
 7   A.   We travel Gratiot.
 8   Q.   And at some point did something happen with the
 9        vehicle?
10   A.   We had a flat.
11   Q.   What occurred that made you aware that the vehicle had
12        a flat?
13   A.   It started shaking.  The truck was -- wasn't sturdy
14        so James said we got a flat, just like that.  So we
15        just kept riding down Gratiot and we came to Bradford.
16   Q.   What happened when you got to Bradford?
17   A.   He said I'm gonna take a side street to keep from
18        having an accident.
19   Q.   And did you turn -- was the -- did your husband turn
20        on a street?
21   A.   Yes, he did.
22   Q.   What street did he turn on?
23   A.   He turned on Bradford.
24   Q.   Once he turned the truck on Bradford, what happened?
25   A.   We drove down Bradford and between Withorn and Findlay
```

9

BETH A. TOMASI, CSR-3098

1      he said I'm gonna stop and check and see how flat the

2      tire is, see if we could make it home.

3    Q.   Now when you say you were on Bradford between --

4    A.   White -- Withorn.

5    Q.   Withorn and what street?

6    A.   Finley.

7    Q.   Is that in the City of Detroit?

8    A.   Yes, it is.

9    Q.   County of Wayne?

10   A.   Yes.

11   Q.   So did James get out of the vehicle?

12   A.   He got out and checked the tire.

13   Q.   What did you do?

14   A.   I was sitting in the vehicle and I asked him did he

15        need me to help him push or something?  He said no,

16        stay in the vehicle, like this.  So I stayed inside.

17   Q.   And what happened while you were inside the vehicle?

18        Did you do anything?

19   A.   I was on the phone.

20   Q.   Who were you calling?

21   A.   I was calling my son.

22   Q.   What's your son's name?

23   A.   His name is Jessie.

24   Q.   Jessie.  What's Jessie's last name?

25   A.   James.

1  Q.  And what were you calling Jessie James for?

2  A.  For -- he could come and help us with our flat tire.

3  Q.  And based upon your -- were you able to successfully

4      reach your son, Jessie in a phone --

5  A.  In awhile I was, yes.

6  Q.  When you say in awhile, what does that mean?

7  A.  It took awhile.  I kept calling and calling.  There

8      wasn't no answer.  It kept going to the answer

9      machine.  Finally he answered.

10 Q.  Based upon your conversation with Jessie, did you

11     reach a conclusion as to whether or not he was going

12     to come and help you?

13 A.  He told my husband he was.  I hand the phone to him.

14 Q.  Now when you handed the phone to your husband, was

15     your husband alone?

16 A.  No, he wasn't.

17 Q.  Who was with your husband?

18 A.  Mr. Howard.

19 Q.  Who?

20 A.  The suspect right there.

21 Q.  Where did the -- did you know the person?

22 A.  No, I didn't.  I didn't even see his face.

23 Q.  Did you see the -- do you see the person that was with

24     your husband that -- when you handed him the phone in

25     the courtroom today?

1   A.   There.

2   Q.   Can you tell me where he is sitting and what he is

3        wearing?

4   A.   He's wearing the prison outfit.

5   Q.   Where is he sitting?

6   A.   At the table.

7   Q.   What color is the outfit he's wearing?

8   A.   It's gold, yellow.

9              MS. LILLARD:   If the record could reflect,

10       your Honor, that the witness has identified the

11       defendant, Howard McKnight?

12             THE COURT:   It will.

13  BY MS. LILLARD:

14  Q.   Now when did you first become aware that Howard

15       McKnight or the person who you've identified, wearing

16       the gold or yellow outfit today, when did you first

17       become aware that he was even with your husband?

18  A.   Well, I was sitting in the truck.  My husband kept

19       saying that-- keep calling somebody.  He stood outside

20       to talk to my husband for awhile.

21  Q.   Who stood outside, talked to your husband?

22  A.   Mr. Howard.

23  Q.   When did you first see him with your husband?

24  A.   Oh, when I -- I mean when I first seen him?

25  Q.   When did you first see him?

| | | |
|---|---|---|
| 1 | A. | When he first walk up. |
| 2 | Q. | And what was he wearing that day when he first walked |
| 3 | | up? |
| 4 | A. | He was wearing a black hoodie with black pants.  I |
| 5 | | never seen his face, like I said. |
| 6 | Q. | At that point -- |
| 7 | A. | I never seen his face. |
| 8 | Q. | Okay.  Now you get outside the vehicle at some point |
| 9 | | to give the phone to your husband; is that correct? |
| 10 | A. | No, I didn't.  I hand it to him through the driver's |
| 11 | | side, 'cuz I never got out. |
| 12 | Q. | Okay.  You passed the phone to your husband through |
| 13 | | the driver's side? |
| 14 | A. | I hand it to him, yes. |
| 15 | Q. | And where was your husband at that time? |
| 16 | A. | He was standing in the door.  Like the door was |
| 17 | | halfway open.  He was standing in the door. |
| 18 | Q. | And where was the person who you've identified in |
| 19 | | court today, Mr. Howard McKnight, at that time? |
| 20 | A. | Standing on the side in the front where I couldn't see |
| 21 | | him.  I just seen the clothes. |
| 22 | Q. | At some point did you get your phone back? |
| 23 | A. | Yes, he handled the phone back to me. |
| 24 | Q. | Who did? |
| 25 | A. | Mr. Stone. |

| | | |
|---|---|---|
| 1 | Q. | And what happens next? |
| 2 | A. | He told Mr. Howard that he couldn't do nothing to the |
| 3 | | truck, so he left and stayed gone, I'd say, about ten |
| 4 | | minutes. |
| 5 | Q. | Who left? |
| 6 | A. | Mr. Howard. |
| 7 | Q. | Howard, the defendant in court today? |
| 8 | A. | Yes. |
| 9 | Q. | He left you and your husband? |
| 10 | A. | Yes. |
| 11 | Q. | Alone? |
| 12 | A. | Yes. |
| 13 | Q. | What happens after he leaves? |
| 14 | A. | He left and -- he was gone about ten minutes.  I was |
| 15 | | still on the phone, trying to talk and my husband was |
| 16 | | still trying to move the truck.  It wouldn't go. |
| 17 | Q. | Who were you trying to talk to? |
| 18 | A. | I was trying to call my other son. |
| 19 | Q. | What's his name? |
| 20 | A. | James. |
| 21 | Q. | What's his name? |
| 22 | A. | Edward James. |
| 23 | Q. | What? |
| 24 | A. | Edward James. |
| 25 | Q. | First you called Jessie James, correct? |

```
1   A.   Yes.

2   Q.   And then you called Edward James?

3   A.   Right.

4   Q.   Were you able to successfully speak to Edward James?

5   A.   No, I didn't.

6   Q.   Okay.   What happens next?

7   A.   Mr. Howard walked back up, like I say, about five or

8        ten minutes later.

9              THE COURT:   Mr. Howard, when she says Mr.

10       Howard, you're referring to the defendant?

11             THE WITNESS:   The defendant, yes.

12             THE COURT:   All right.

13             THE WITNESS:   He walked back up.   He left

14       and he came back about five or ten minutes later.   He

15       walked back up and he stood outside and talked to my

16       husband.

17  BY MS. LILLIARD:

18  Q.   What were you doing while the two of them were

19       standing outside?

20  A.   Still talking, trying to get somebody on the phone,

21       somebody else.

22  Q.   And at some point does something get your attention?

23  A.   He -- my husband looked inside, turn around to look

24       and he said this young man wants your rings.

25  Q.   Were you wearing jewelry?
```

| | | |
|---|---|---|
| 1 | A. | Yes, I was. |
| 2 | Q. | And what did you do with the rings when you're -- |
| 3 | A. | When he first told me that I thought it was -- he |
| 4 | | wasn't really true, you know.  I say these rings is |
| 5 | | not -- they don't amount to nothing.  They not of |
| 6 | | value, you know, and I say they're friendship rings |
| 7 | | from my grandkids. |
| 8 | Q. | So what happened next? |
| 9 | A. | So Mr. Stone said he want your rings.  So I hold my |
| 10 | | hands up.  I'm still not really looking, 'cuz I still |
| 11 | | got the phone and he pulled the rings off my fingers |
| 12 | | and hand it to Mr. -- the defendant, Mr. Howard. |
| 13 | Q. | Who pulled the ring off your fingers? |
| 14 | A. | James Stone. |
| 15 | Q. | So your husband takes the ring off and you see him |
| 16 | | give them to the defendant? |
| 17 | A. | Yes. |
| 18 | Q. | What happened next? |
| 19 | A. | He said tell her to give me that necklace. |
| 20 | Q. | Who said tell her to give me that necklace? |
| 21 | A. | Mr. Howard. |
| 22 | Q. | The defendant? |
| 23 | A. | Yes, the defendant. |
| 24 | Q. | You hear him with your own two ears? |
| 25 | A. | Yes, I do. |

1  Q.  When you hear him say tell her to give me that

2      necklace, what do you do?

3  A.  I say do you want me to take it off?  He said just

4      jerk it off, just like that.  So I jerked it off and

5      hand it to my husband.

6  Q.  Who said just jerk it off?

7  A.  The defendant, Mr. Howard.

8  Q.  What type of necklace were you wearing?

9  A.  It was a gold necklace -- it has white diamonds with a

10     gold chain.

11 Q.  And that was of value to you?

12 A.  Yes, it was.

13 Q.  And -- did you do as the defendant said and jerk it

14     off?

15 A.  Yes.

16 Q.  What did you do with it after that?

17 A.  I hand it to Mr. Stone and he hand it to him.

18 Q.  What happens next?

19 A.  Mr. Stone said he gonna shoot me if you -- he said

20     tell her to give me the money.  He had the gun on Mr.

21     Stone and that's where I --

22 Q.  Did you see the gun?

23 A.  I seen it, yes.  I seen it.  I glanced the gun.

24 Q.  Who had the gun?

25 A.  Mr. -- defendant, Mr. Howard.

| | | |
|---|---|---|
| 1 | Q. | What was the defendant doing with that gun? |
| 2 | A. | He had it pointed at Mr. Stone's side. |
| 3 | Q. | He had the gun pointed at Mr. Stone's side? |
| 4 | A. | Yes. |
| 5 | Q. | And once you saw that gun, how did it make you feel? |
| 6 | A. | I was real nervous and scared. |
| 7 | Q. | Okay.  What happens next? |
| 8 | A. | I just said oh my God.  That's all I could say. |
| 9 | Q. | And what did you do next? |
| 10 | A. | He said tell her to give me -- after he said tell her |
| 11 | | to give me the money, I said okay.  I got -- I had |
| 12 | | $285.00 in my bra and I took it out and I hand it to |
| 13 | | him.  Mr. Stone handed it to him. |
| 14 | Q. | You took the $285.00 from your bra? |
| 15 | A. | Yes. |
| 16 | Q. | And you handed it to your husband? |
| 17 | A. | Yes, and he -- |
| 18 | Q. | And your husband handed it to who? |
| 19 | A. | Mr. Howard, the defendant. |
| 20 | Q. | Okay.  What happens next? |
| 21 | A. | He said -- I don't know what they were saying, but he |
| 22 | | walked around in front of the truck. |
| 23 | Q. | Who walked in front of the truck? |
| 24 | A. | Mr. Howard with the gun pointed on my husband. |
| 25 | Q. | Okay. |

```
1   A.   Mr. Stone.
2   Q.   And you could see the defendant walking towards the
3        front of your truck?
4   A.   Only the hood part, not his face.
5   Q.   Could you see the gun?
6   A.   Yes, I could.
7   Q.   What was he doing with the gun?
8   A.   He had it pointed in Mr. Stone's side.
9   Q.   What happens next?
10  A.   He walked around to the truck and he said I'm gonna
11       fuck your wife.  That's the way he said it.
12  Q.   Who said I'm gonna fuck your wife?
13  A.   Mr. Howard.
14  Q.   Now I know you talked about -- the court reporter is
15       taking down everything that we say --
16  A.   I know.
17  Q.   -- so you have to remember to try to let me finish
18       asking you before you start answering, all right?
19  A.   All right.
20  Q.   Because she can only take down one of us talking at a
21       time.
22  A.   All right.
23  Q.   And I'll try to do the same, let you finish answering
24       before I start asking you another question, okay?
25  A.   All right.  I will.
```

| 1 | Q. | So you heard the defendant say I'm going to fuck your |
| 2 | | wife? |
| 3 | A. | Yes. |
| 4 | Q. | What happens next? |
| 5 | A. | Mr. Stone broke down and started crying, please don't |
| 6 | | hurt her, don't do this, man. |
| 7 | Q. | What happens after -- |
| 8 | A. | He came to the door of the truck and pulled the door |
| 9 | | open and said I'm gonna fuck you. |
| 10 | Q. | Who said that? |
| 11 | A. | Mr. Howard. |
| 12 | Q. | And what did you do when you heard the defendant |
| 13 | | say -- |
| 14 | A. | I said oh no, Lord, please no. That's what I said and |
| 15 | | he said don't look at me. He kept saying don't look |
| 16 | | at me. I said I'm not going to look at you. I'm not |
| 17 | | going to look at you. I said just don't hurt me. |
| 18 | | That's what I said. |
| 19 | Q. | Why didn't you want to look at him? |
| 20 | A. | I wanted to, but he said don't. |
| 21 | Q. | What did you think -- |
| 22 | A. | 'Cuz he had the gun on Mr. Stone and he took the gun |
| 23 | | off Mr. Stone, put the gun on me, on my chest. |
| 24 | Q. | Was he physically touching you with the gun? |
| 25 | A. | Yes. |

| | | |
|---|---|---|
| 1 | Q. | And the gun was up against your chest? |
| 2 | A. | Yes, it was. |
| 3 | Q. | And where was your husband at this point? |
| 4 | A. | Standing at the door at the side. |
| 5 | Q. | Okay. Now that the gun is pointed on you and you've |
| 6 | | said don't hurt me, please don't hurt me, what does |
| 7 | | the defendant do next? |
| 8 | A. | He told Mr. Stone get your ass around there to the |
| 9 | | driver side of the truck. |
| 10 | Q. | And did your husband do as he said? |
| 11 | A. | Yes, he did. He said or I'm gonna shoot this bitch. |
| 12 | Q. | The defendant said that I'm gonna shoot this bitch? |
| 13 | A. | Yes, Mr. Howard did. |
| 14 | Q. | What happened next? |
| 15 | A. | My husband went around to the driver side of the |
| 16 | | truck, got in and he said don't move, put your hand on |
| 17 | | the steering wheel and don't move. |
| 18 | Q. | And could you see what your husband was doing at that |
| 19 | | point? |
| 20 | A. | No, I couldn't because he said don't look at me and I |
| 21 | | wasn't gonna look because I didn't want him to shoot |
| 22 | | me. |
| 23 | Q. | Okay. What happens next? |
| 24 | A. | After he made my husband get in, he said take off them |
| 25 | | pants. |

```
1   Q.   And were you wearing pants?

2   A.   Yes, I was.   I was wearing pants and I had boots on

3        too.

4   Q.   And what did you do when the defendant told you to

5        take off your pants?

6   A.   I reached down to take my boot off.  He said hold it.

7        He looks at Mr. Stone.  He said don't move or I'm

8        gonna shoot her.

9   Q.   What happens next?

10  A.   I reached down, took off my boots.  He unzipped my

11       pants.   He said hurry up or I'm gonna shoot your ass,

12       just like that and he said don't look and he said

13       scooch yourself down to the end of the seat.

14  Q.   Did you do as he said?

15  A.   I did.   I cooperated.   I did just as he said.

16  Q.   Why did you do what he said?

17  A.   Because I didn't want him to shoot me.

18  Q.   Once you pulled your pants down and scooted to the

19       edge of the seat in the truck, what happens next?

20  A.   He still had the gun pointed on me and he made me open

21       my legs.

22  Q.   Once your legs were open, what happened?

23  A.   He took his penis and stuck it in my vagina.

24  Q.   And when you say he stuck his penis in your vagina,

25       could you feel his penis inside the lips of your
```

| | | |
|---|---|---|
| 1 | | vagina? |
| 2 | A. | At first he couldn't get it in.  He forced with his |
| 3 | | hand. |
| 4 | Q. | He forced what with his hand? |
| 5 | A. | His penis. |
| 6 | Q. | And he forced his penis to do what? |
| 7 | A. | In my vagina. |
| 8 | Q. | Could you feel his penis inside the lips of your |
| 9 | | vagina? |
| 10 | A. | Yes, I could. |
| 11 | Q. | Could you feel his penis inside the hole of your |
| 12 | | vagina? |
| 13 | A. | Yes. |
| 14 | Q. | Where babies come from? |
| 15 | A. | Yes, he did. |
| 16 | Q. | How many times did his penis go inside the hole? |
| 17 | A. | It went in one time when he push it real hard, it went |
| 18 | | in one time. |
| 19 | Q. | What happens next? |
| 20 | A. | He stayed in about two to three minutes. |
| 21 | Q. | What was he doing while his penis was in your vagina? |
| 22 | | He was telling Mr. Jones don't move or I'm gonna shoot |
| 23 | | this bitch.  Don't move and started saying don't you |
| 24 | | look up, don't you look up and I didn't. |
| 25 | Q. | What happens next? |

| | | |
|---|---|---|
| 1 | A. | Then I heard a car. |
| 2 | Q. | When you heard the car, what happened? |
| 3 | A. | He bagged back. |
| 4 | Q. | Who bagged back? |
| 5 | A. | Mr. Howard. |
| 6 | Q. | And what happens next? |
| 7 | A. | He bagged to the end of the door and after he got to |
| 8 | | the end of the door he ran. |
| 9 | Q. | Now do you know if he put a condom on or anything -- |
| 10 | A. | No, he -- |
| 11 | Q. | You have to let me finish asking. |
| 12 | A. | I'm sorry. |
| 13 | Q. | Do you know if he put a condom or anything on his |
| 14 | | penis before he put it inside your vagina? |
| 15 | A. | No, ma'am, he didn't. |
| 16 | Q. | And do you know if he ever ejaculated or anything |
| 17 | | while his penis was inside of your vagina? |
| 18 | A. | Well, he feel like he urinated. |
| 19 | Q. | What felt like -- |
| 20 | A. | When his penis was inside me, it was just a nasty |
| 21 | | feeling. |
| 22 | Q. | Did it feel like something was coming out of his |
| 23 | | penis? |
| 24 | A. | Yes. |
| 25 | Q. | What did you think was coming out of his penis? |

```
 1    A.    I thought he was ejaculating.

 2    Q.    Now he backed up and he took off running, correct?

 3    A.    Yes.

 4    Q.    And once the defendant backed up and took off running,

 5          what did you do?

 6    A.    I told my -- when he got to the end of the street, he

 7          turned around and he shot three times back towards us

 8          and I said he gonna kill us, he gonna kill us, just

 9          like that.  My husband, he ran around to the side of

10          the truck where I was, 'cuz after he shot, he ran on

11          down the street towards Gratiot.

12    Q.    After -- you heard the defendant fire three shots?

13    A.    Yes.

14    Q.    Did you see 'em?

15    A.    No, I just heard it.

16    Q.    Okay.  And then he ran -- the defendant ran towards

17          Gratiot?

18    A.    Yes.

19    Q.    And what happens next?

20    A.    I sat up completely and start trying to put on -- I

21          said I got to call the police.  I got to call the

22          police and so my husband -- my phone was dead, so I

23          grabbed Mr. Stone's phone and I called 911.  The lady

24          on the dispatch, I said I've been raped and robbed.  I

25          need someone to come to my rescue on Bradford between
```

| | | |
|---|---|---|
| 1 | | Whithorn and Findlay.  She said lady, slow down, slow |
| 2 | | down.  I can't understand what you're saying.  Slow |
| 3 | | down and then after awhile, she said we're gonna send |
| 4 | | somebody to the scene. |
| 5 | Q. | How long did you wait? |
| 6 | A. | Thirty minutes after. |
| 7 | Q. | Did the police ever come? |
| 8 | A. | No, they didn't. |
| 9 | Q. | Did an ambulance ever come? |
| 10 | A. | No. |
| 11 | Q. | After waiting 30 minutes from calling 911 -- |
| 12 | A. | I was -- |
| 13 | Q. | You have to let me finish. |
| 14 | A. | I'm sorry. |
| 15 | Q. | After waiting 30 minutes with no police and no |
| 16 | | ambulance, what did you decide to do? |
| 17 | A. | I was scared and I was crying and I told my husband I |
| 18 | | can't stay here because he might come back and kill |
| 19 | | us.  I was afraid for my life.  I said I got to go |
| 20 | | home. |
| 21 | Q. | So what did you do? |
| 22 | A. | We walked. |
| 23 | Q. | Now do you have any health troubles? |
| 24 | A. | Yes, I do.  I'm a diabetic and I got high blood |
| 25 | | pressure and -- |

1   Q. Does your husband have any health trouble?

2   A. Yes, he does. He just had a stroke.

3   Q. And were you able to walk home?

4   A. Well, I made it. I wasn't able --

5   Q. Was it difficult?

6   A. It was -- I fell twice on the way. We helped each

7      other.

8   Q. Who helped each other?

9   A. Me and Mr. Stone helped each other.

10  Q. And when you make it home, what happens?

11  A. After I get home, my middle son was there. His name

12     is James. He was there. He answered the door. I

13     said I've been raped and robbed and my husband just

14     broke down. James, he just broke down and I said I

15     need to go to the hospital. I need to go to the

16     hospital. My son was so upset, but he took me anyway.

17  Q. And did he take you to the hospital?

18  A. Yes.

19  Q. How many different hospitals did you go to that night?

20  A. I went to two.

21  Q. And when you got to the second hospital, did they

22     examine you?

23  A. Yes, they -- yes.

24  Q. Okay. And at some point did you speak to the police?

25  A. Yes, they came while I was at the first hospital.

| | | |
|---|---|---|
| 1 | Q. | And when you talked to the police, did you tell them |
| 2 | | what happened to you? |
| 3 | A. | Yes, I did. |
| 4 | Q. | And sometime after you went to the hospital do you |
| 5 | | recall being contacted by the police to go for a |
| 6 | | lineup, a physical lineup? |
| 7 | A. | Yes. |
| 8 | Q. | And where was that? |
| 9 | A. | That was downtown. I think it's 1300. |
| 10 | Q. | Now when you went for that lineup, did you see some |
| 11 | | individuals that were present? |
| 12 | A. | Yes. |
| 13 | Q. | Where were those people? |
| 14 | A. | They was behind the glass. |
| 15 | Q. | Did your husband go with you to that lineup? |
| 16 | A. | He went, but he didn't go in there. |
| 17 | Q. | When you went -- who went first, you or your husband? |
| 18 | A. | I did. |
| 19 | Q. | Now did your husband go in with you when you went in? |
| 20 | A. | No. |
| 21 | Q. | When you went inside, before you went inside, did |
| 22 | | anybody tell you who to pick out? |
| 23 | A. | No. |
| 24 | Q. | Do you recall if you were ever -- if you were able to |
| 25 | | pick someone out? |

```
1    A.    Yes, I did.
2                    MS. LILLARD:  Permission to approach the
3          witness?
4                    THE COURT:  You may.
5    BY MS. LILLARD:
6    Q.    I'm handing you a two page document that's previously
7          been marked People's Proposed Exhibit Number 2.  Can
8          you take a look at these two pages, don't say
9          anything, just take a look at both pages and let me
10         know when you're ready.  Have you seen that -- the
11         second page before?
12   A.    Yes.
13   Q.    What's the second page?
14   A.    It's a photo identification.
15   Q.    And do you see your signature on there?
16   A.    Yes.
17   Q.    Did you -- were you able -- and do you see the
18         photograph that's page one of the exhibit?
19   A.    Yes.
20   Q.    Does that fairly and accurately depict the people that
21         you saw standing in the room that day?
22   A.    Yes, it does.
23   Q.    Do you remember who you picked out?
24   A.    Yes, Mr. Howard.
25   Q.    Which number was he?
```

| | | |
|---|---|---|
| 1 | A. | It was the second one from the end, number 4. |
| 2 | Q. | And on the sheet of paper did you put your initials |
| 3 | | next to the person that you picked out? |
| 4 | A. | Yes, I did. |
| 5 | Q. | Why did you pick that person out? |
| 6 | A. | Because of the body frame. |
| 7 | Q. | And where did you recognize his body frame from? |
| 8 | A. | From the robbery on Bradford. |
| 9 | Q. | Did any police officers tell you to pick out Howard |
| 10 | | McKnight? |
| 11 | A. | No, they didn't. |
| 12 | Q. | And did you pick him out based on your memory from the |
| 13 | | night of December 31st? |
| 14 | A. | Yes, I did. |
| 15 | | MS. LILLARD: Your Honor, at this time the |
| 16 | | People would move for the admission of People's |
| 17 | | Proposed Exhibit Number 2. |
| 18 | | THE COURT: Mr. Howarth? |
| 19 | | MR. HOWARTH: No objection for exam |
| 20 | | purposes. |
| 21 | | THE COURT: That will be admitted for exam |
| 22 | | purposes. |
| 23 | | MS. LILLARD: Permission to approach? |
| 24 | | THE COURT: Sure. |
| 25 | BY MS. LILLARD: | |

```
 1   Q.   Now were you working as a prostitute that night when
 2        you were out with your husband?
 3   A.   Oh, no.
 4   Q.   Have you ever worked as a prostitute?
 5   A.   Nope.
 6   Q.   Did you have sex with Howard McKnight for money that
 7        night?
 8   A.   No.
 9   Q.   Did you want to have sex with him?
10   A.   No.
11   Q.   Did Mr. McKnight ever give you your jewelry or your
12        money back?
13   A.   No.
14   Q.   Did you want to give him your jewelry and your money?
15   A.   No, I didn't.
16             MS. LILLARD: I have no further questions.
17             THE COURT:  Thank you.  Defense.
18             CROSS-EXAMINATION
19   BY MR. HOWARTH:
20   Q.   Good morning, Miss James.
21   A.   Good morning.
22   Q.   Miss James, just for the record, you've never met me
23        before, have you?
24   A.   No.
25   Q.   And we have never spoken to one another?
```

1   A.   No.

2   Q.   Fair to say, however, we did see each other in the

3        courtroom this morning?

4   A.   Right.

5   Q.   Miss James, the events that happened to you on New

6        Year's Eve, as far as you look at them, were very,

7        very frightening, were they not?

8   A.   Yes, they was.

9   Q.   And they bothered you a good deal, did they not?

10  A.   Yes, they does.

11  Q.   And was it fair to say, Miss James, that you had never

12       been through anything like that before in your life?

13  A.   No, it's true.

14  Q.   Miss James, you went to the casino on New Year's Eve

15       and was it your intention to go there just to play

16       some of the machines or were you going there to see

17       the entertainment or the restaurants?

18  A.   No --

19               MS. LILLARD:   Objection, relevance.

20               THE WITNESS:   I went there --

21               MR. HOWARTH:   Your Honor, it's been brought

22       up by the prosecution that she was there.   It's been

23       brought up to the prosecution.   What she was doing

24       there, I don't know.

25               MS. LILLARD:   I disagree.   I only

1       established that's where she was coming from.   She

2       hadn't had intoxicating beverages or illegal

3       substances.   Where she was present, what she was

4       doing, this has no relevance to these proceedings at

5       all.

6                    THE COURT:   Overruled.

7                    MR. HOWARTH:   You're allowed to answer

8       that, ma'am.

9                    THE WITNESS:   Well, I went to pick up some

10      hats for my grandkids and noisemakers.

11   BY MR. HOWARTH:

12   Q.   So your main purpose in going to the casino was to buy

13        some items; is that right?

14   A.   No, I didn't buy them.   They give them to you each

15        year.

16   Q.   Did you go down there to play the machines and gamble?

17   A.   Yes, I did.

18   Q.   And also went down there, is it fair to say, to

19        partake in some alcoholic beverages?

20   A.   No, I don't drink.

21   Q.   I'm sorry, I misunderstood what you said earlier.

22   A.   I do not drink.   I don't drink.

23   Q.   Okay.   When you were talking earlier about a beer--

24   A.   Yes.

25   Q.   Did I just misunderstand understand what you said?

```
 1   A.   I had one beer.
 2   Q.   All right.   When you earlier said you don't drink, do
 3        you mean you don't drink ever or merely you don't
 4        drink much of anything?
 5   A.   Just on occasion I drink.   I'll drink every now and
 6        then.
 7   Q.   And when you're at the casino, you had exactly, to the
 8        best of your recollection, one beer, no more?
 9   A.   Not at the casino.
10   Q.   I misunderstood that too.   Excuse me.   Where did you
11        have the beer?
12   A.   I had it at my younger son's house.
13   Q.   All right.   So the beer was before you even went to
14        the casino?
15   A.   Right.
16   Q.   About what time in the evening?
17   A.   Six o'clock.
18   Q.   You got to the casino about seven, did I understand
19        that correctly?
20   A.   Yes.
21   Q.   You stayed in the casino for two hours?
22   A.   Yes, hour, like an hour and-a-half.
23   Q.   So you would have been out of the casino by 7:30, does
24        that sound right?
25   A.   It was eight.
```

| | | |
|---|---|---|
| 1 | Q. | Eight, okay. |
| 2 | A. | Um-hum. |
| 3 | Q. | Would it be fair to say that you left the casino at |
| 4 | | 8:00? I'm talking within minutes either way, right? |
| 5 | A. | Right. |
| 6 | Q. | And while you were at the casino, did your husband |
| 7 | | have any beers? |
| 8 | A. | No. |
| 9 | Q. | When you talked earlier about your husband having a |
| 10 | | beer, was that also at your son's house? |
| 11 | A. | Yes, it was. |
| 12 | Q. | Six p.m.? |
| 13 | A. | Right. |
| 14 | Q. | So no alcohol at the casino? |
| 15 | A. | No. |
| 16 | Q. | Thank you. Were you there at the casino, just you and |
| 17 | | your husband or were you with some other folks? |
| 18 | A. | Just me and my husband. |
| 19 | Q. | Which casino did you go to? |
| 20 | A. | Both -- |
| 21 | | MS. LILLARD: Objection, relevance. |
| 22 | | MR. HOWARTH: Your Honor, the subject |
| 23 | | matter where they were was brought up by the |
| 24 | | prosecution. I think I -- |
| 25 | | THE COURT: I'll allow it. |

```
 1                THE WITNESS:  Motor City.
 2    BY MR. HOWARTH:
 3    Q.   I'm not good at this.  Is Motor City the one that's on
 4         Michigan Avenue?
 5    A.   Grand River, I think.
 6    Q.   It's on Grand River.  Thank you.  So while you were
 7         at the casino, other than picking up the noise makers
 8         and the hats, did you do anything at the casino at
 9         all?
10    A.   Played the machines a little bit.
11    Q.   Slot machines?
12    A.   Yes.
13    Q.   Did you do that for the full hour and-a-half that you
14         were there?
15    A.   Yes.
16    Q.   And your husband did the same thing?
17    A.   Yes, we did.
18    Q.   We have established that you think you left at 8:30?
19    A.   Right.
20    Q.   And did you go directly from the casino to try and go
21         directly back home?
22    A.   We drove there, yes.  That's --
23    Q.   No, I'm interested --
24    A.   No.  I wasn't going straight home.
25    Q.   Where was your next plan?
```

```
 1   A.   My next plan, well, we was driving down Gratiot, like
 2        I said when we had the flat.  My plan was when we left
 3        the casino, was to go back to my son's house.
 4   Q.   And was that your son James or your son Jessie?
 5   A.   No, Jessie.
 6   Q.   So about 8:30 p.m. you're on Grand River at the casino
 7        and you're going to drive to Jessie's house?
 8   A.   Yes.
 9   Q.   Your husband James --
10   A.   Right.
11   Q.   -- was driving the car?
12   A.   Yes, he was.
13   Q.   What kind of car was it?
14   A.   It wasn't a car, it was a truck.
15   Q.   I heard you say truck.
16   A.   That's what it was.
17   Q.   All right.  But some people call an SUV a truck.  Is
18        it a pickup truck?
19   A.   No, it's a pick-up, Chevy pick-up.
20   Q.   Chevrolet pickup truck?
21   A.   Yes.
22   Q.   Is that your truck, your husband's truck or someone
23        else's?
24   A.   It's mines.
25   Q.   It's titled in your name?
```

1  A.  It's titled in my name, yes.

2  Q.  And your husband was driving the truck?

3  A.  Yes.

4  Q.  That evening before you got up to Gratiot and

5      Bradford, had you had any trouble with the truck that

6      evening?

7  A.  Yes.  Yes, we had the flat.

8  Q.  No, before you had the flat?

9  A.  None.

10  Q.  So the truck's running fine?

11  A.  Right.

12  Q.  The truck is how old?

13  A.  Ten days.

14  Q.  It's a --

15  A.  A 1978 truck.

16  Q.  So a 1978 truck?

17  A.  Yes.

18  Q.  So about 25 years old?

19  A.  Yeah.

20  Q.  Never had any problem with the tires?

21  A.  No.  I just purchased it.

22  Q.  Purchased the tires?

23  A.  The truck.

24  Q.  Was it kind of a surprise that the tires would go flat

25      or something would happen?

```
1    A.   Yes, it was.
2    Q.   And whose idea was it to get off of Gratiot and onto
3         the side street?
4    A.   Mr. Stone.
5    Q.   Can you give me, as best as you can, what time it
6         would have been that Mr. Stone turned that truck off
7         of Gratiot onto the side street?
8    A.   I would say --
9    Q.   I want you to figure, as you said, that you left the
10        casino at about 8:30?
11   A.   Right.   I know.
12   Q.   Didn't stop anywhere on the way, did you?
13   A.   No.
14   Q.   So what time would it have been when you got to
15        Gratiot and Bradford, approximately?
16   A.   When we got to Gratiot, it was 8:00.  When we left the
17        casino, it was probably --
18   Q.   Was it eight or eight-thirty?
19   A.   It was around that range.
20   Q.   Good.
21   A.   I would say we got there, to Bradford, around nine.
22   Q.   So, roughly, half hour trip?
23   A.   Right.
24   Q.   Side streets all the way or did you take the
25        expressway?
```

```
 1   A.   No, we took -- well, we took the side street to
 2        Gratiot.
 3   Q.   And then took Gratiot straight on?
 4   A.   Right.
 5   Q.   You intended to go past Bradford, did you not?
 6   A.   We intended --
 7   Q.   I don't need to know where.
 8   A.   We intended to --
 9   Q.   You intended to go past on Gratiot?
10   A.   Yes.
11   Q.   Now was it one tire that you were having trouble with,
12        if you know or was it more than one tire?
13   A.   It was one.
14   Q.   How far down Bradford did you drive before you got to
15        Finley?
16   A.   We was between Finley and Whithorn.
17   Q.   Is that, like, one block, three blocks?
18   A.   It's one block.
19   Q.   That's when Mr. Stone stopped the car?
20   A.   Yes.
21   Q.   And he decided to get out to check the tires?
22   A.   Yes.
23   Q.   You stayed in the car?
24   A.   Yes.
25   Q.   When did you first become aware that your husband was
```

| | | |
|---|---|---|
| 1 | | talking to a person? |
| 2 | A. | When he walked up. |
| 3 | Q. | When the person walked up? |
| 4 | A. | Right. |
| 5 | Q. | Did you see that person walk up to the car? |
| 6 | A. | No, I didn't. I did not. |
| 7 | Q. | So you don't know what direction that person came |
| 8 | | from? |
| 9 | A. | Yes, I do. |
| 10 | Q. | What direction did he come from? |
| 11 | A. | He came from Whithorn. |
| 12 | Q. | How do you know that? |
| 13 | A. | Because that's the direction that he was standing in. |
| 14 | Q. | Well, did you see him walking from -- what did you |
| 15 | | call the street? |
| 16 | A. | Whithorn. |
| 17 | Q. | Whithorn? |
| 18 | A. | Yes. |
| 19 | Q. | That's fine. Did you see this gentleman walking down |
| 20 | | Whithorn towards your car? |
| 21 | A. | Yes. |
| 22 | Q. | So you were looking out and watching a man come up on |
| 23 | | you, correct? |
| 24 | A. | Right. No. No. I wasn't watching -- wasn't -- like |
| 25 | | I said, I wasn't looking. I wasn't focused that day. |

41
BETH A. TOMASI, CSR-3098

```
1   Q.   You were not focused?

2   A.   Right.

3   Q.   You meant you were not focused on him?

4   A.   Right.

5   Q.   You were looking in another direction?

6   A.   No, I was on the phone.  I was checking the phone.

7   Q.   You were trying to get Jessie --

8   A.   Right.

9   Q.   -- to come over there?

10  A.   Right.

11  Q.   So when you first saw this person that came up and

12       talked to your husband, was he walking from Whithorn,

13       was he already at the car or something in between?

14  A.   He was already at the car.

15  Q.   So you didn't see him walking from Whithorn towards

16       the car?

17               MS. LILLARD:  Objection, asked and

18       answered.

19               MR. HOWARTH:  Two different ways.  We got

20       two different answers.

21               MS. LIILARD:  That doesn't mean keep asking

22       it over and over.

23               THE COURT:  I'll -- in terms of clarity,

24       I'll allow him to try to figure it out.

25               MR. HOWARTH:  Thank you.
```

```
1    BY MR. HOWARTH:
2    Q.   Did you actually see this man walking from Withorn or
3         in fact, see him when he got to the car?
4    A.   He was there the first time.  I did not see him walk
5         up.
6    Q.   That's fine.  I appreciate that.  All right.  You
7         told us on direct exam when the assistant prosecutor
8         was asking you questions, you said that the man had a
9         hoodie on?
10   A.   Right.
11   Q.   That's a sweatshirt with an attached hood?
12   A.   Right.
13   Q.   That hood was up and covering his face partially?
14   A.   Yes, it was.
15   Q.   It was difficult to see his face, was it not?
16   A.   Right.
17   Q.   As a matter of fact, you told us that as far as what
18        we are dealing with, in terms of the man outside the
19        car and you're in, you couldn't see his face, could
20        you?
21   A.   Unh-unh, no, I couldn't.
22   Q.   You could make observations as to what he was wearing?
23   A.   Just his image.
24   Q.   His image, which means his frame?
25   A.   Frame.
```

1  Q.  All right.

2  Q.  What color was the hoodie?

3  A.  Black.

4  Q.  Did it have anything on that hoodie that made it

5      something that would stand out? For example, maybe it

6      was torn, maybe it had another color on it, maybe it

7      was -- had a sleeve that was strange, anything about

8      it that stuck in your mind?

9  A.  No, just a black hoodie.

10 Q.  A black hoodie and black pants, am I right?

11 A.  Right.

12 Q.  Would it be fair to say, ma'am, that's all you could

13     tell us about the man that was outside the truck

14     talking to your husband?

15 A.  Yeah --

16 Q.  Is that --

17 A.  What he was wearing.

18 Q.  And it appeared to be a man?

19 A.  I knew it was a man.

20 Q.  From his frame and from what he was wearing?

21 A.  Yes.

22 Q.  Were you able to hear the man?

23 A.  Yes.

24 Q.  Clearly?

25 A.  Yes.

BETH A. TOMASI, CSR-3098

1  Q.  Were you concerned that the man was talking to your
2      husband?
3  A.  Well, my husband was talking to a lot of people.  He
4      is a talkative person and I don't usually look.
5      Sometime I be real perceptive about it.  That night I
6      wasn't.
7  Q.  Would it be fair to say from what you could tell being
8      inside the car and hearing, clearly that that man
9      seemed friendly?
10 A.  Yes.
11 Q.  As a matter of fact, you even told the police in this
12     case that the man seemed to be a friendly person?
13 A.  Right.
14 Q.  When we get to that Miss James, you've made a police
15     report in this case, did you not?
16 A.  Yes, I did.
17 Q.  And have you seen that today?
18 A.  No.
19             MR. HOWARTH:  Your Honor, if I may
20     approach?
21             THE COURT:  You may.
22 BY MR. HOWARTH:
23 Q.  Miss James, I'm handing you two pieces of paper.  Can
24     you tell us what that is?  You can look at both before
25     you tell me.

```
1   A.   Yes.

2   Q.   Do you know what that is?

3   A.   It's a police report.

4   Q.   Is that your police report?

5   A.   Yes, it is.

6   Q.   And does your signature appear on the bottom of both

7        pages?

8   A.   Yes, it does.

9   Q.   And when you signed that police report, your signature

10       was on there to say this is accurate, this is what

11       happened?

12  A.   Yes.

13  Q.   Did you read it before you signed it?

14  A.   Yes.

15  Q.   Is it accurate?

16  A.   Yes, it is.

17  Q.   When's the last time you saw it before today?

18  A.   Last time I seen -- at the prosecutor's office, I

19       think.

20  Q.   And so far to your knowledge there's nothing in here

21       that you would like to change?

22  A.   No.

23  Q.   Now this man that's talking to your husband, as a

24       matter of fact he ended up with a cell phone, did he

25       not?
```

| | | |
|---|---|---|
| 1 | A. | Yes, my son's. |
| 2 | Q. | Who had that cell phone first, you or your husband? |
| 3 | A. | I did. |
| 4 | Q. | Did you hand it to the man? |
| 5 | A. | I hand it to my husband. |
| 6 | Q. | You handed it to your husband James, who handed it to |
| 7 | | the man in the hoodie? |
| 8 | A. | After he said let me tell him. |
| 9 | Q. | Were you able to hear him talking on the phone? |
| 10 | A. | No. |
| 11 | Q. | Did you tell the police in that statement that I just |
| 12 | | showed you that the man that -- that you know that the |
| 13 | | man was talking to your son, Jessie? |
| 14 | A. | I do. |
| 15 | Q. | How do you know that? |
| 16 | A. | Because he -- when he finished talking, he hand the |
| 17 | | phone back to my husband. |
| 18 | Q. | Did you hear the man with the hoodie when he's |
| 19 | | talking -- |
| 20 | A. | Telling him where we was, yes. |
| 21 | Q. | You heard him trying to give directions to Jessie as |
| 22 | | to where your car was, isn't that true? |
| 23 | A. | That's true. |
| 24 | Q. | All right. And you had no idea at that time that this |
| 25 | | man might end up trying to hurt you, did you? |

| | | |
|---|---|---|
| 1 | A. | No, I didn't. |
| 2 | Q. | This man said I'll help you move the car, am I right? |
| 3 | A. | That's what he told my husband. |
| 4 | Q. | Did he actually go and try to push the car? |
| 5 | A. | Yes, he did. |
| 6 | Q. | That man, as a matter of fact, the man in the hoodie, |
| 7 | | after he was at the car for, what, about ten minutes |
| 8 | | he left, didn't he? |
| 9 | A. | He left and stayed gone about ten minutes. |
| 10 | Q. | Well, how long was he there with your husband before |
| 11 | | he left? |
| 12 | A. | Well, it was a good while, about, maybe 30 -- you |
| 13 | | know, 20 or 30 minutes. |
| 14 | Q. | You really think it was that long before -- |
| 15 | A. | Yes, because they were pushing-- he went to the back |
| 16 | | and my husband was still trying to -- you know, he was |
| 17 | | inside the truck, not all the way, but he had his foot |
| 18 | | on the gas, trying to make the truck go. |
| 19 | Q. | So as you told us, you and your husband got to Gratiot |
| 20 | | and Bradford about nine p.m., am I right so far? |
| 21 | A. | Yes. |
| 22 | Q. | By the time that man left and walked away, it was |
| 23 | | probably about 9:30 p.m.? |
| 24 | A. | Right. |
| 25 | Q. | Because he had been there 20 minutes to a half hour? |

| | | |
|---|---|---|
| 1 | A. | Right. |
| 2 | Q. | Then in five to ten minutes he comes back? |
| 3 | A. | He left after my husband said he couldn't help him. |
| 4 | Q. | But he left for five to ten minutes? |
| 5 | A. | Yeah. |
| 6 | Q. | So, approximately, it's going to be about quarter to |
| 7 | | ten when he comes back? |
| 8 | A. | Right. |
| 9 | Q. | When he came back was he wearing the same clothes? |
| 10 | A. | Yes. |
| 11 | Q. | And would it be a fair statement, Miss James that you |
| 12 | | recognized the man who came back as being the same |
| 13 | | person that was there -- |
| 14 | A. | Yep. |
| 15 | Q. | -- by the clothes? |
| 16 | A. | Right. |
| 17 | Q. | In other words, you don't say that's the same person |
| 18 | | 'cuz I look at his face? |
| 19 | A. | I asked. |
| 20 | Q. | I'm just asking you this and I don't mind you telling |
| 21 | | me those other things. Just for the moment, I want to |
| 22 | | establish this. You are able to tell us it's the |
| 23 | | same person who came back, 'cuz he's wearing the same |
| 24 | | clothes and had the same frame, am I right? |
| 25 | A. | Right. |

```
1   Q.  Not because he had the same face?

2   A.  Right.

3   Q.  When the man came back, he wasn't nice anymore, was

4       he?

5   A.  I really don't know.  I wasn't paying attention how

6       nice he was.

7   Q.  Well the man you see the first time is even trying to

8       give directions to your son, he's trying to move the

9       car, right?

10  A.  Yes.

11  Q.  The man that comes back, this is a man that has a gun,

12      am I right?

13  A.  Yes.

14  Q.  When you saw the man first time, no gun, am I right?

15  A.  I didn't see any.

16  Q.  The man that you saw the first time at the car made no

17      threats to you?

18  A.  No.

19  Q.  The man the first time didn't steal anything from you?

20  A.  No.

21  Q.  When you made a reference when you're identifying the

22      gentleman seated to my left, who, for the record is

23      Mr. McKnight, you said I can identify him.  I think

24      these were your exact words and you can correct me,

25      only by image, did you say that?
```

1   A.  Yes, I did.

2   Q.  And you told us something about that, but tell me

3       again, what do you mean only by image?

4   A.  By his frame.  I imagined him with a hood on.

5   Q.  Um-hum.  So you're making your identification this

6       morning based on this man's frame, am I right?

7   A.  That's the only one I can.

8   Q.  And you did the same thing at the lineup, am I right?

9   A.  Yes.

10  Q.  Now when you got -- when you're trying to call your

11      son, Jessie did you ever get to speak to Jessie?

12  A.  No, I didn't.  I just said he was on the phone.

13  Q.  So you never had a conversation with Jessie on the

14      cell phone that night?

15  A.  I didn't, but my husband James did.

16  Q.  And you know that because you heard the conversation?

17  A.  Yes.

18  Q.  And was your husband telling Jessie it's important

19      that you get over here?

20  A.  Yes, he did.

21  Q.  I don't need to know Jessie's address or anything like

22      that, but did Jessie live nearby, let's say,  within

23      two miles or did he live further away?

24  A.  Within two miles.

25  Q.  Within two miles?

1    A.   Um-hum.

2    Q.   Eventually this man pulled out a gun, am I correct?

3    A.   Yes.

4    Q.   How -- when did you first see that gun?

5    A.   After he -- after my husband told me this young man

6         wants your rings, I said well, my rings, they not

7         worth anything.

8    Q.   All I'm trying to get to is when you first saw the

9         gun?

10   A.   The -- when he say he's gonna shoot my ass if you

11        don't give them to him, I look, glanced.  I only

12        glanced.

13   Q.   I'm going to make a guess that you don't know a lot

14        about guns?

15   A.   I don't.  I don't like guns.

16   Q.   So you don't know kinds of guns from each other?

17   A.   No.

18   Q.   Do you know the difference between a revolver and what

19        they call semi-automatic guns?

20   A.   Yes, a little bit.

21   Q.   Watching television?

22   A.   That's about it.

23   Q.   Would you be able to tell us whether the gun that you

24        saw that night, December 31st, was a revolver kind of

25        a gun, one that has a cylinder in the middle that goes

1       around or whether it was a semi automatic type of a

2       gun, one that's flat?

3   A.  It was just a pistol, I think --

4   Q.  Are you saying you're not sure which it was?

5   A.  Right.  I'm not sure.

6   Q.  Are you able to tell us with any certainty whether it

7       was a silver gun, a black gun, a blue gun?

8   A.  No.

9   Q.  Don't know one way or the other?

10  A.  No.

11  Q.  Did you, in fact, attempt to assist police in making a

12      sketch?

13  A.  I went.  I didn't attempt.  I only told them I only

14      seen clothes.

15  Q.  No.  I'm asking if you ever sat down with police

16      officers and tried to make up a sketch?

17  A.  No, I didn't.

18  Q.  Do you know if your husband James did?

19  A.  Yes.

20  Q.  You, as a matter of fact, during the course of all the

21      bad things, I'm gonna call the bad things, from the

22      time the man pulled the gun until the man walked away

23      firing the gun in the air, in that period of time you

24      made conscious effort not to look at the man's face,

25      is that a fair statement?

| | | |
|---|---|---|
| 1 | A. | Because he kept saying don't. |
| 2 | Q. | Well sure, but is what I'm saying correct? |
| 3 | A. | Yes. |
| 4 | Q. | How many times did you call 911? |
| 5 | A. | Once. |
| 6 | Q. | Are you certain it was only one's? |
| 7 | A. | Yes. |
| 8 | Q. | And that was before you were robbed or after? |
| 9 | A. | After. |
| 10 | Q. | Did you call anybody else other than your son, Jessie, |
| 11 | | your son, James and 911? |
| 12 | A. | No. |
| 13 | Q. | And which cell phone were those calls made on? |
| 14 | A. | It was made -- the one the 911 was made off of my |
| 15 | | husband's phone. |
| 16 | Q. | What about the other calls, were they made after you |
| 17 | | hand over your phone? |
| 18 | A. | The one that I was making, yes, but the one to my son |
| 19 | | Jessie was from my husband's phone. My phone was |
| 20 | | dead. |
| 21 | Q. | Can you tell me when you finally decided to leave the |
| 22 | | scene 'cuz you had a feeling that you weren't going to |
| 23 | | get any place, am I right? |
| 24 | A. | Right. |
| 25 | Q. | When you decided to walk home, I do not want your |

| 1 | | address, but can you tell me, approximately, how far |
|---|---|---|
| 2 | | you would have had to walk to go home? |
| 3 | A. | About a mile and-a-half. |
| 4 | Q. | The man originally approached the truck, according to |
| 5 | | you, about 9:00 the first time and about quarter to |
| 6 | | ten the second time, fair? |
| 7 | A. | Fair. |
| 8 | Q. | About what time was it when the man left after having |
| 9 | | done the robbery, the other nasty things that he did |
| 10 | | and firing the gun, about when was that? |
| 11 | A. | Ten-thirty. |
| 12 | Q. | You got home, approximately, what time, as best you |
| 13 | | can tell? |
| 14 | A. | I would say about -- it took us about an hour |
| 15 | | and-a-half to get home. |
| 16 | Q. | I'm sorry? |
| 17 | A. | It was just about 12, going on 12. |
| 18 | Q. | If that's correct, ma'am? |
| 19 | A. | Close to -- |
| 20 | Q. | That would have been an hour and-a-half trip, does |
| 21 | | that sound right? |
| 22 | A. | It took me about that long to walk. |
| 23 | Q. | That's right? |
| 24 | A. | It seemed longer, though. |
| 25 | Q. | I can imagine. |

| | | |
|---|---|---|
| 1 | A. | In the cold, like it was. |
| 2 | Q. | Certainly.   When you're giving us these times that |
| 3 | | this happened, at this time this happened, and the |
| 4 | | other time, are any of those being done 'cuz you're |
| 5 | | looking at a watch? |
| 6 | A. | No. |
| 7 | Q. | When you got home did you, at all, look at a clock? |
| 8 | A. | No.   I was hurting real bad.   I wanted to go to the |
| 9 | | doctor.   I didn't look at nothing. |
| 10 | Q. | You feel like you got home about 12:00 midnight? |
| 11 | A. | It was close. |
| 12 | Q. | Would you have immediately called the police or your |
| 13 | | son would have called the police? |
| 14 | A. | I had already called. |
| 15 | Q. | I mean when you got home? |
| 16 | A. | We didn't call the police.   When I got home I went to |
| 17 | | the hospital, straight to the hospital. |
| 18 | Q. | All right.   There was no call made from the house |
| 19 | | that you were at? |
| 20 | A. | No. |
| 21 | Q. | And what was the first hospital that you went to? |
| 22 | A. | St. John. |
| 23 | Q. | St. John's? |
| 24 | A. | Yes. |
| 25 | Q. | On 7 Mile and Mack? |

BETH A. TOMASI, CSR-3098

1  A.  Yes.

2  Q.  Then you said you went to another hospital?

3  A.  I went to Detroit Receiving.

4  Q.  Saint John's would have been the closet major hospital

5      to where you were?

6  A.  They sent me there to Receiving.

7  Q.  The police took you to Receiving?

8  A.  No.

9  Q.  Who took you there?

10 A.  The hospital sent me there.

11 Q.  I'm sorry?

12 A.  The hospital sent me there.

13 Q.  How long did you stay at St. John's?

14 A.  Well, they admitted me at 12. I think it was 12:55.

15 Q.  Now when you said that later you went to see a lineup,

16     you told us about -- are you okay?

17 A.  Yes, I'm --

18 Q.  You're able to answer my questions? 'Cuz you know

19     I'll take a break.

20 A.  Yes.

21 Q.  As long as you can do it, all right?

22 A.  Yes.

23 Q.  Fine. When you went to the lineup, you said that you

24     think it was down at 1300. Did you mean 1300

25     Beaubien?

1   A.   Yes, I think it was.  You know, I don't know where I
2        was.
3   Q.   That's fine.
4   A.   I'm not for sure.
5   Q.   Was it maybe around the corner here?
6   A.   I don't know.
7   Q.   Do you know why you went -- let's assume that it was
8        1300 Beaubien, police headquarters, right?
9   A.   Right.
10  Q.   Do you know why you went there, in other words why you
11       were going there?
12  A.   Yes.  The officers took me there.
13  Q.   What did he tell you?
14  A.   That we were going for a lineup.
15  Q.   Did they tell you why you were going for a lineup?
16  A.   To identify -- 'cuz they had caught somebody, someone.
17  Q.   Did the police tell you they caught somebody who they
18       thought might have been the guy that did this?
19  A.   Yes.
20  Q.   They told you this before you walked into the lineup
21       room, right?
22  A.   That's when they picked us up, yes.
23  Q.   Is it a fair statement, Ms. James when you walked into
24       the lineup you knew that the police had arrested
25       somebody that might have been the guy that did this to

```
 1         you?
 2    A.   Yes.
 3    Q.   When you walked into that lineup room, were you
 4         attempting to see whether any of those people --
 5    A.   Yes.  Yes.
 6    Q.   But you didn't know what the guy's face looked like?
 7    A.   No.
 8    Q.   All you knew was his frame?
 9    A.   Right.
10    Q.   Are you saying that -- were there five guys in the
11         lineup?
12    A.   I think so, yes.
13    Q.   Did the frame of one of those people kind of stand out
14         from the others?
15    A.   Well, I walked three times before I really -- I
16         just -- I was picturing all of them with a hood on.
17         Okay.  And when I went down to the end, the second
18         person from the end, when I walked back that image, it
19         was just the frame, body frame.
20    Q.   When was -- what was it about the body frame of the
21         guy that's the second person from the end that made
22         you think that's the same guy?
23    A.   Because he was the same size and fit the descip -- you
24         know, if I put a hood on him, he would be the same.
25                   MR. HOWARTH:  May I have one second, your
```

```
1          Honor?

2                    THE COURT:   You may.

3                    MR. HOWARTH:    Thank you.   I don't have any

4          other questions.

5                    MS. LILLARD: Redirect?

6                    THE COURT:   Yes.

7                    REDIRECT EXAMINATION

8    BY MS. LILLARD:

9    Q.   Now on cross-examination, defense counsel was asking

10        you if you had the opportunity to speak to the person

11        that was speaking to your husband when he walked up on

12        him and was attempting to assist in pushing the

13        vehicle, do you remember those questions?

14   A.   Yes.

15   Q.   And do you remember saying that you could hear him

16        speaking?

17   A.   I could hear him talk, yes.

18   Q.   Now when the person came back and was -- earlier you

19        testified that the man came back and he yelled some

20        things that you don't look at me?

21   A.   Yes, I do.

22   Q.   He yelled some things at your husband?

23   A.   Yes.

24   Q.   Was it -- could you recognize the voice?

25   A.   Yes.
```

```
1   Q.   Was it the same voice that you had heard earlier --
2   A.   Yes, it was.
3   Q.   -- being friendly?
4   A.   Yes, it was.
5   Q.   You have to finish letting me ask.  Was it the same
6        person you heard earlier, the same voice that you had
7        heard earlier that day being friendly towards you and
8        your husband?
9   A.   Yes.
10  Q.   So you recognized his voice as being the same person,
11       correct?
12  A.   Yes.
13  Q.   Now when you went for that lineup and you -- I believe
14       it was your testimony that you visualized each person
15       with a hood, correct?
16  A.   Yes.
17  Q.   And you said you walked past three times, was that
18       your testimony?
19  A.   Yes, it was.
20  Q.   And the third time you said, was it your testimony
21       that you had an image?
22  A.   Yes, I did.
23  Q.   And where did you remember that image and that body
24       frame from?
25  A.   At the truck when we got robbed.
```

```
1   Q.   And is that why you picked the defendant out of that
2        lineup?
3   A.   Yes, it is.
4   Q.   Because you remembered him from that night?
5   A.   Yes.
6                MS. LILLARD:  I have no further questions.
7                RECROSS-EXAMINATION
8   BY MR. HOWARTH:
9   Q.   So we're completely clear, that man that came up on
10       New Year's Eve, that is someone that you never heard
11       speak before that night?
12  A.   Right.
13  Q.   You weren't familiar with that voice?
14  A.   No.
15  Q.   Was there anything about that voice that you heard--
16       talking about the nice man, okay, was there anything
17       about that voice, which was I'm gonna use the word
18       peculiar?
19  A.   No.
20  Q.   It wasn't, like, a high tinny voice, was it?
21  A.   No, it was, like, a low voice.
22  Q.   What you would call a normal voice?
23  A.   Yes.
24  Q.   Not really a lot different from most people's voices?
25  A.   No.
```

1      MR. HOWARTH: Okay. Nothing else.

2      THE COURT: That's it for questioning?

3      MS. LILLARD: Nothing further from this

4    witness, your Honor.

5      THE COURT: All right. Thank you, Ms.

6    James. You may step down.

7      THE COURT: Wait in the hallway.

8      (Whereupon People's Proposed Exhibit Number

9    3 was marked and identified for the record)

10      J A M E S    S T O N E,

11    after been first duly sworn to tell the truth, the

12    whole truth and nothing but the truth, was examined

13    and testified as follows:

14      THE WITNESS: Yes.

15      THE COURT: You may be seated. Mr. Stone,

16    the attorneys are going to ask you some questions.

17    Just have a seat and try to keep your voice up. If

18    you can't hear, let us know. If you don't understand

19    the question, let us know so we can reask it and if

20    you hear an objection, don't talk. Just wait until

21    the attorneys are done arguing, okay and then I'll

22    tell you when to proceed. All right?

23      THE WITNESS: All right.

24      MS. CEZIL: May I?

25      DIRECT EXAMINATION

```
1   BY MS. CEZIL:
2   Q.   Good morning, sir.  Please introduce yourself to the
3        Court again.
4   A.   James Stone.
5   Q.   Mr. Stone, do you know an individual by the name of
6        Lucille James?
7   A.   Yes, I do.
8   Q.   What is your relationship to Lucille James?
9   A.   I'm her husband, 41 years.
10  Q.   Okay.  Do you all have any children together?
11  A.   Yes, we have three.
12  Q.   Three children.  What are their names?
13  A.   Oldest one is Kevin Deon James.
14  Q.   Now you said you're her husband.  Are the two of you
15       legally married?
16  A.   No, we ain't.
17  Q.   But you testified that you guys have been together for
18       41 years?
19  A.   Forty-one years.
20  Q.   Were you and Miss James together on the evening of
21       December 31st?
22  A.   Yes, we was.
23  Q.   Where were you at that evening?
24  A.   I was -- well, we were on Gratiot.
25  Q.   Okay.
```

```
1   A.  But do you want to know where I end up on Bradfield?

2   Q.  Yeah, prior to being on Bradfield, where were you?

3   A.  I had went down to the casino.

4              THE COURT:  Just for the record, you don't

5        have to go through everything.

6              THE WITNESS:  Everything --

7              THE COURT:  I'm talking to the attorneys.

8        You don't have to state everything that was stated

9        unless you want to --

10             MS. CEZIL:  Okay.  Yeah.  Thank you.

11  BY MS. CEZIL:

12  Q.  Yeah, where were you -- I apologize.  Where were you

13       prior to being on Bradford?

14  A.  Well, I was on Bradford at -- between Redford -- I

15       mean -- I can't even pronounce the name of the street.

16       It's Findlay and Withorn.

17  Q.  Okay.

18  A.  And I had a flat.

19  Q.  Okay.  When you say you had a flat, do you recall when

20       you realized you had this flat?

21  A.  Yes.  I was on Gratiot when I discovered that my tire

22       was, you know, real low.

23  Q.  Okay.

24  A.  Okay and I said I got off Gratiot, 'cuz traffic was

25       real, real heavy and when I got off Gratiot, I got
```

| 1  |    | onto Findlay -- hold on.   I got onto Bradford. |
|----|----|----|
| 2  | Q. | Okay. |
| 3  | A. | Bradford and I stopped and got out to check the tire. |
| 4  |    | The tire was flat.   I'm talking flat and I said I'm |
| 5  |    | still gonna make it home.   I gets in the truck and the |
| 6  |    | truck goes to the curb -- street.   Well, I'm stuck.   I |
| 7  |    | played with it for awhile trying to get it out, then I |
| 8  |    | think I seen the young man walking down the street. |
| 9  |    | When we got to the street we wants, he turned and came |
| 10 |    | straight to my truck. |
| 11 | Q. | When you said you saw a young man walking down the |
| 12 |    | street, do you recall which direction down the street |
| 13 |    | this young man was coming from? |
| 14 | A. | I would say he was going south -- well, wait, he had |
| 15 |    | to be -- I would say, 'cuz he was going toward |
| 16 |    | Conners, and the main street up on Gratiot was on my |
| 17 |    | left and he was going toward my right. |
| 18 | Q. | What happens when you see this man coming? |
| 19 | A. | He comes up to my truck and he tried to help me, I |
| 20 |    | thought, 'cuz he worked around with me and my truck |
| 21 |    | for, I don't know, a long time, a long time, pushing |
| 22 |    | and pulling and I had my wife trying to call for some |
| 23 |    | help. |
| 24 | Q. | Okay.   When you're referring to this person that was |
| 25 |    | helping you on your truck, do you see that individual |

| | |
|---|---|
| 1 | in the courtroom today? |
| 2 | A. Yes, I do. |
| 3 | Q. Okay. If you can please let us know where that |
| 4 | person is and what that person is wearing? |
| 5 | A. Sitting right there with the yellow on. |
| 6 | MS. CEZIL: Your Honor, let the record |
| 7 | reflect that this witness has identified the |
| 8 | defendant, Howard McKnight. |
| 9 | THE COURT: Okay. |
| 10 | BY MS. CEZIL: |
| 11 | Q. Okay. Now after -- what happens after the defendant |
| 12 | attempts to help you with the truck? |
| 13 | A. Well after he discovered that I was -- well, we |
| 14 | thought we had help coming. He stood around a few |
| 15 | minutes and then he left. |
| 16 | Q. Okay. Prior to him leaving, did you and him have any |
| 17 | conversation? |
| 18 | A. Oh, yeah. We talked. We talked. We talked for |
| 19 | awhile. |
| 20 | Q. What were you talking about? |
| 21 | A. Well he was talking about it's New Year's Eve and he |
| 22 | talking about being a good guy and just what an old |
| 23 | man and a younger guy would talk about. I thought he |
| 24 | was a real, real nice guy, to be honest with you. |
| 25 | Q. Were you afraid of him at any time during that? |

```
 1   A.   No, I was not.  I was not.    That's -- at one point he

 2        told me, he say hey, you know I got that thing.

 3   Q.   He said --

 4   A.   I said you know, it's New Year's Eve and you're out

 5        here walking around with a thing.

 6   Q.   And who is the he that you are referring to?

 7   A.   My -- young man right hear.  I don't know his name.

 8   Q.   When he said to you that you know I got that thing,

 9        what did that mean to you?

10   A.   I figured, like, he was telling me he had a gun.

11   Q.   What was your response to him after that?

12   A.   I started talking to him about walking the streets

13        with a hood and cap and stuff on the way he was

14        dressed, that, you know, my words to him, you know,

15        the police could pull up and do a check on you.  You

16        know, you can get some serious time, just like that.

17        I was talking about stuff to him, letting him know

18        what he was doing.  Well, during this time, he -- it's

19        when he walked off.

20   Q.   Okay.  Now you were talking about what he was wearing.

21        Do you recall what he had on that evening?

22   A.   Yeah.  He had on, I'm gonna say, dark pants, blue

23        jeans or whatever.

24   Q.   Do you recall what type of top he had on?

25   A.   Yes, I would say a thing, black -- dark blue coat
```

1      with -- it had a hood on it too, but he had a hoodie
2      underneath, a black sweater hoodie and a cap with the
3      bib of the cap was in red.
4    Q.  Okay.  During the time that you all are having this
5        friendly conversation, are you able to see his face?
6    A.  Yeah.  I talked to -- yes.  Yes.  Yes.  Yes.  Yes.  So
7        much I talked to the young man, like I said, 15 to 20
8        minutes first time, the second time that he came back
9        up, I talked to him about five or ten minutes.
10   Q.  Okay.  The second time, you refer to the second time
11       he came back up?
12   A.  Yeah.
13   Q.  At some point does he leave after that first
14       conversation?
15   A.  Not after -- like the very first conversation, he did
16       not leave.
17   Q.  Yes.
18   A.  Yes, stood there and talked.  He just left, walked and
19       didn't tell me anything.  I figured, well, he knew he
20       couldn't help me, so he was gone.  I thought he was
21       gone.
22   Q.  Now the person that you were talking to earlier and
23       you indicated to us earlier, do you see them any point
24       during that evening again?
25   A.  I didn't see him after any time that he did what he

```
 1         done to me and my wife.   I never again, since we

 2         identified him, since I identify him.

 3   Q.    What I'm asking is you said you had a conversation

 4         with a person?

 5   A.    Yes.

 6   Q.    Correct?

 7   A.    Yes.

 8   Q.    And then you indicated that person walked off?

 9   A.    Yes.

10   Q.    After that person walked off, do you see that

11         individual again?

12   A.    I don't understand what you're saying.

13   Q.    Okay.

14   A.    'Cuz I said he left.

15   Q.    When you said he left --

16   A.    Then he gone for, say, five or ten minutes and he came

17         back.

18   Q.    The he that you're referring to, is that the same

19         person --

20   A.    The same person.

21   Q.    -- that you are talking to earlier?

22   A.    Yes.  Yes.

23   Q.    What happened after he come back?

24   A.    After he come back, we stood up there and we talked

25         and we stand up there talking and then all of a sudden
```

```
 1        he said man, do you know what, sir, I'm gonna rob you
 2        guys.  I'm like huh?  By that time I had the gun right
 3        in my side, had the gun in my side.  I said man, we
 4        ain't got nothing and he said strip my pockets.  I
 5        said I don't have any money.  I stripped my pockets on
 6        the side.  I don't have nothing.  He said tell her I
 7        want them -- can I say what he said?
 8   Q.   Yes.
 9   A.   Tell her I want them damn rings she got on the finger.
10        I told him those rings aren't good, man, them dollar
11        store rings.  He said he want them rings.  So I
12        stretched my hand and she laid the rings in my hand
13        and he pulled them off and they were rubber dollar
14        store stuff my grandkids had gave her.  And he looked
15        at them and he throw it back in my hands.  So I
16        couldn't do nothing.  Like I said, I had to froze
17        almost.  I pitched them like that and then he said I
18        want the damn money.  I said we ain't got money.  I
19        told him I ain't got no damn money.  He said give me
20        that damn money and give me that damn necklace off her
21        neck.  I could see her pulling the necklace off her
22        neck and he said give that to me too.  And I gave it
23        to him and he kept that.  Then made me walk around the
24        side of the truck.  He walked -- I walked to the hood
25        of my truck.
```

1   Q.  When you said he made you walk to the hood of your

2       truck, what did he do after he made you walk?

3   A.  He had the gun in my side and I did whatever he said.

4   Q.  How did it make you fell with the gun at your side?

5   A.  It made me feel like less than a man.  I'm getting

6       robbed.  I'm being robbed.

7   Q.  You said he indicated earlier to your wife -- while he

8       had the gun to your side he said to you give -- I'm

9       gonna get those damn rings, how did that make you

10      feel?

11  A.  It made me feel like I couldn't do nothing and I

12      wished the hell I could have.

13  Q.  Why did you feel you couldn't do nothing?

14  A.  Because the man had a gun on me.  The man had a gun.

15      He wasn't just on me.  It was pressed in my side.

16      And he walked me around to the front of my truck, then

17      he said go on side of the truck.  I walked on down the

18      side of the truck.  I said man, you know what, you got

19      my money and little stuff we got.  He said man, I'm

20      gonna fuck your wife.  I start crying and going to my

21      knees, man, man, you don't want to fuck my wife.  He

22      made me go to the door of my truck.  Then he made me,

23      like, stay looking past my door and he put the gun to

24      my wife, had the gun on my chest, then he ordered me

25      to get back in my truck, go around, get back in or I'm

```
 1        gonna kill the bitch.  That's what he said.
 2   Q.   What happens after he orders you to go back around the
 3        truck?
 4   A.   I did what he said, 'cuz he got the gun on my wife.
 5   Q.   And where did he order you to go back around the
 6        truck at?
 7   A.   He made me walk around my truck and get in.
 8   Q.   On what side of the vehicle, sir?
 9   A.   On the left-hand side, the driver side.
10   Q.   And what happens after he makes you get into the
11        driver side?
12   A.   He said put your hands on the steering wheel.    I did
13        what he said.  I put my hand up and this one I    had to
14        lift it up and he -- I'm listen to what he's telling
15        her, bitch, pull your pants off, put your pants-- get
16        your legs out of the pants and stuff, different stuff
17        and I said you don't want to fuck my wife, why you
18        want to fuck an old one?  He said don't move,    don't
19        move, I'll shoot the bitch.  This hand, I can ' t stand
20        still.   I move and he said you move again, I ' m going
21        to kill the bitch.  I'm going to do what the young
22        mother-fucker asked me to do.
23   Q.   Why couldn't you hold your hand still?
24   A.   I had a stroke.  I had a stroke.  This hand    ain't no
25        good.  I mean, I can move it now, but I'm taking
```

1        gonna kill the bitch.  That's what he said.

2   Q.   What happens after he orders you to go back around the
3        truck?

4   A.   I did what he said, 'cuz he got the gun on my wife.

5   Q.   And where did he order you to go back around to the
6        truck at?

7   A.   He made me walk around my truck and get in.

8   Q.   On what side of the vehicle, sir?

9   A.   On the left-hand side, the driver side.

10  Q.   And what happens after he makes you get into the
11       driver side?

12  A.   He said put your hands on the steering wheel.  I did
13       what he said.  I put my hand up and this one I had to
14       lift it up and he -- I'm listen to what he's telling
15       her, bitch, pull your pants off, put your pants-- get
16       your legs out of the pants and stuff, different stuff
17       and I said you don't want to fuck my wife, why you
18       want to fuck an old one?  He said don't move, don't
19       move, I'll shoot the bitch.  This hand, I can't stand
20       still.  I move and he said you move again, I'm going
21       to kill the bitch.  I'm going to do what the young
22       mother-fucker asked me to do.

23  Q.   Why couldn't you hold your hand still?

24  A.   I had a stroke.  I had a stroke.  This hand ain't no
25       good.  I mean, I can move it now, but I'm taking

```
1           therapy, giving myself therapy, plus I got an aneurysm

2           on my brain, so sometimes -- today could be a good

3           day, tomorrow could be a bad day.  I can't move like I

4           supposed to, but I couldn't help my wife.  You all

5           listen to me, this young man took everything I had

6           with me and I got to sit there with my wife's head

7           laying on my knee.  You all don't know.  I hope the

8           good Lord strikes him down.  He took everything I

9           had.

10   Q.     Sir, are you okay?  Do you need a minute?

11   A.     No, come on with it.  I really -- I don't care what

12          you all do.  I'm all through with it.  You all do what

13          you do.  The good Lord work it with him, trust me.

14          I'm gonna have -- the good Lord work for me.  My Lord

15          gonna work for me.

16   Q.     Sir, it will be okay.  We're almost done.

17   A.     This good Lord will take care of me.  I hope he do you

18          like you do me.  He gonna take care of me.  The Lord

19          gonna take care of me.

20                     THE COURT:  Do you have some other

21          questions?

22                     MS. CEZIL: Yes, your Honor.

23   BY MS. CEZIL:

24   Q.     Sir, at some point does the defendant leave?

25                     THE COURT:  Do you need a minute, Mr.
```

```
1       Stone?
2                   THE WITNESS:  The defendant --
3                   THE COURT:   Mr. Stone, do you need a
4       moment or are you going to go forward?
5                   MS. CEZIL:   Yeah.  Thank you, your Honor.
6                   THE WITNESS:  I'm okay.  When he, I'm
7       gonna say, get through doing what he want to do, then
8       he step back out the door with the gun pointed towards
9       my wife.  Then he turned and ran, like, the front of
10      my van about another 20 feet up to the stop sign,
11      which was the next street, ran up to that street, up
12      there, he turns back and he shot three times.  And she
13      was -- my wife hollering James, he's shooting at us.
14      He trying to -- she's trying to put her clothes on, do
15      you know what I'm saying?  Then we out there, she
16      telling me what we gonna do if he come back?  And I'm
17      like, I don't know.  The police coming, call the
18      police.  She trying to get the police.  She called on
19      my phone and it was police department.  She locked my
20      phone, so I can't even -- after she done talked to
21      whoever she talked to, my phone was locked, other
22      phone was dead, so I guess 30 minutes or so --
23   Q.  Did the police ever come?
24   A.  The police -- I didn't see a police until 3:30 that
25      night and on that phone, I called him, it was 10:46,
```

```
 1        we walked, I would say, probably a mile and-a-half,
 2        two miles home and when we got home, my son was there
 3        and he flew all off the handle.  He drove us to St.
 4        John.
 5   Q.   When you say your son was there, which son was that?
 6   A.   Which one was there?
 7   Q.   Yes, sir.
 8   A.   James.  James.  He --
 9   Q.   Sir, did you ever go to the police station to do a
10        lineup?
11   A.   I went downtown to the lineup, yes.
12   Q.   Did you ever go to the police station to have a sketch
13        done?
14   A.   Yes.
15                   MS. CEZIL:  Your Honor, may I approach the
16        witness?
17                   THE COURT:  Yes.
18   BY MS. CEZIL:
19   Q.   I'm handing you what's been marked as People's
20        Proposed Exhibit number 3.  Could you take a look at
21        that and then look up at me when you're done?  Thank
22        you.  Do you recognize what I've handed you?
23   A.   Yes.  That's the photo that I -- that's a copy that I
24        gave, but I described him.  It's the thing that they
25        put on the air or --
```

1                    THE COURT:  You have to keep your voice up.

2                    THE WITNESS:  I said the picture that I

3          gave of him on the air.  I guess that's the one I

4          gave.

5   BY MS. CEZIL:

6   Q.    Okay.  When you say the picture you gave of him on the

7          air, how did you go about giving this picture of him?

8   A.    Well, what I did, they was trying -- they showed me

9          pictures, you know, the frame and I, like, tried to

10         put the cheeks and the jaws and the eyes, mustache and

11         the beard.

12  Q.    Okay.  What were you trying to describe, sir?

13  A.    I was trying to describe the man that attacked us.

14  Q.    And is this the sketch that was created as a result of

15         that description?

16  A.    Yes.

17  Q.    Does it fairly and accurately represent the

18         description that you gave to have that sketch

19         completed?

20  A.    No, it don't.  There's something different about that

21         sketch.

22  Q.    There is something different about that sketch?

23  A.    Yeah.  It probably could have brought the cheeks up a

24         little more, which I asked him about.  He said he

25         could do it later but --

```
 1                    MS. CEZIL:  Your Honor, may I approach the
 2         witness?
 3                    THE COURT:  Yes.
 4    BY MS. CEZIL:
 5    Q.   I'm handing you a two page document that's marked as
 6         People's Proposed Exhibit number 1.  If you do take a
 7         look at those for me and look up at me when you're
 8         done.
 9                    I think that you indicated earlier that you
10         did go to the police station for a lineup; is that
11         correct.
12    A.   Yes.
13    Q.   Did you see people there when you went for that
14         lineup?
15    A.   Nobody but the people that work there.
16    Q.   Did you see anybody in a lineup when you went there?
17    A.   Yes.
18    Q.   Where were they located?
19    A.   In there behind the glass.
20    Q.   Okay.  Did anyone else go with you to that lineup?
21    A.   No.
22    Q.   Did your wife go with you?
23    A.   No.  They had us separated, so --
24    Q.   Okay.  Did anyone tell you who to pick out of that
25         lineup?
```

1   A.   No.  No.  No.

2   Q.   Do you recall picking out anybody during that lineup?

3   A.   Yes.

4   Q.   Yes.  Okay.  And who did you pick out?

5   A.   This young man right here.

6   Q.   Okay.  People's Proposed Exhibit Number 1, I'm going

7       to hand it back to you, okay?

8   A.   Um-hum.

9   Q.   And I want you to take a look at page number two.

10       Are there any initials on that page?

11   A.   Yeah, mine.

12   Q.   Okay, and where is your initials?

13   A.   On number four.

14   Q.   Okay.  Is that the person that you picked out?

15   A.   Yes, it is.

16   Q.   And why did you pick out number four?

17   A.   I knew him the time I seen him.

18   Q.   Did anybody tell you to pick out number four?

19   A.   Nobody tell me.  When I went in, I knew him.  I was

20       asked to walk on down, you know, on down the line, go

21       on down.  He, like, turned his eyes off me, like no,

22       don't pick me, but I knew it was him, so I told -- I

23       ain't got to go no further.  I don't have to go no

24       further, this here makes this one, so --

25   Q.   Did you pick number four based off the memory that you

1       encountered on the evening of December 31st?

2   A.  Yes, I did.  Yes, I did.

3   Q.  Is that correct?  Now the document that I've handed

4       you, page one, does that fairly and accurately depict

5       the people lined up?

6   A.  Yes.

7               MS. CEZIL:  Your Honor, we would move for

8       admission of People's Proposed Exhibit number 1.

9               THE COURT:  For preliminary examination

10      only.

11              MR. HOWARTH:  No objection.

12              THE COURT:  It's the same picture?

13              THE DEFENDANT:  Yes.

14              THE COURT:  Just with --

15              MS. CEZIL:  Nothing further.

16              THE COURT:  Mr. Howarth?

17              MR. HOWARTH:  Thank you.

18              CROSS-EXAMINATION

19  BY MR. HOWARTH:

20  Q.  Good morning, Mr. Stone.

21  A.  Good morning.

22  Q.  Do you know who I am, sir?

23  A.  No, I don't.

24  Q.  I'm going to tell you that I'm the attorney who is

25      representing Mr. McKnight.  That's the gentleman who

```
 1         is seated down here to my left, all right?
 2    A.   Yes, sir.
 3    Q.   I'm going to ask you some questions and I notice that
 4         you're uncomfortable, am I right?
 5    A.   Yes.
 6    Q.   All right.  If you get so uncomfortable that you
 7         don't think that you're going to be able to give a
 8         good answer to my question, just say I need some time
 9         out, okay?
10    A.   Okay.
11    Q.   Mr. Stone, did you, on the night that-- the night
12         going into the day that this incident happened, did
13         you make a report to the police that you signed, a
14         signed statement?
15    A.   I'm kind of lost on what you're saying because I know
16         that we had made a police report, I think the one we
17         made when we talked to the prosecutor or whatever.
18              MR. HOWARTH:  I can't understand.  You may
19         have made a couple?  I'm going to try to straighten
20         that out now, if I have a permission to approach the
21         witness.
22              THE COURT:  You may.
23    BY MR. HOWARTH:
24    Q.   Mr. Stone, I'm handing you two pieces of paper and ask
25         you if you've ever seen those before?  Just take a
```

81
BETH A. TOMASI, CSR-3098

```
 1         look at both pages, if you would.   Have you ever seen
 2         those two pages before?
 3    A.   Yes, sir.
 4    Q.   Is that a report -- is that a statement about what
 5         happened to you on that New Year's Eve night last --
 6    A.   Yes, sir.  Yes, sir.
 7    Q.   And does this report on both pages, sir, have your
 8         signature on the bottom?
 9    A.   That one's mine, yes, sir.   This one, that's my
10         signature there.
11    Q.   Are you saying this first page?
12    A.   That ain't my signature.
13    Q.   That isn't --
14    A.   This part is.  This part, this ain't me, that I signed
15         right there.   I don't sign like that.
16    Q.   All right.   I'm looking now at page one, all right?
17    A.   All right.
18    Q.   And down here there's an X at the very bottom, do you
19         see that?
20    A.   Yeah.
21    Q.   And next to that it looks like the name James and
22         Stone, am I right?
23    A.   Right.   Right.
24    Q.   Is it your signature?  That's not your signature on
25         page one?
```

| 1  | A. | That's not me. |
|----|----|----|
| 2  | Q. | All right.  Page two there is also an X at the |
| 3  |    | bottom? |
| 4  | A. | That's me. |
| 5  | Q. | And that one does have a signature? |
| 6  | A. | Right.  Right. |
| 7  | Q. | That's your signature? |
| 8  | A. | That's my signature on it. |
| 9  | Q. | Do you feel quite certain that you're correct that |
| 10 |    | that is a -- page one is not your signature and page |
| 11 |    | two is? |
| 12 | A. | I'm saying that that J part of it there, I'm saying |
| 13 |    | that's mine.  The Stone part of it, that's not mine. |
| 14 | Q. | You signed James, but you didn't sign Stone? |
| 15 | A. | I signed my name all the time, James Stone, all of it. |
| 16 | Q. | You don't have any idea, do you, who else might have |
| 17 |    | written the name Stone? |
| 18 | A. | I don't have no idea. |
| 19 | Q. | All right.  Regardless of that, is your signature, at |
| 20 |    | least the James part on the first page of this, did |
| 21 |    | you sign that to indicate that what's in this report |
| 22 |    | is correct? |
| 23 | A. | Yes, sir. |
| 24 | Q. | So you would have read this and signed it? |
| 25 | A. | Yes, sir. |

| | | |
|---|---|---|
| 1 | Q. | Page two the same way? |
| 2 | A. | Same way. |
| 3 | Q. | When was the last time you read this report? |
| 4 | A. | A couple days ago, longer than that. |
| 5 | Q. | A week ago?  It's dated, sir, January 1st, 2013 on the |
| 6 | | first page. |
| 7 | A. | Well, I haven't seen it since then. |
| 8 | Q. | Since you signed it? |
| 9 | A. | Since I signed it. |
| 10 | Q. | When you signed it did you think there was anything |
| 11 | | about this report that was not accurate? |
| 12 | A. | No, I didn't. |
| 13 | Q. | So you're willing to say today this is an accurate |
| 14 | | report, right? |
| 15 | A. | Yes. |
| 16 | Q. | Let me take you back to that evening.  I'm not going |
| 17 | | to go into a lot, but I know that you were at the |
| 18 | | Motor City Casino? |
| 19 | A. | Yeah.  Yeah. |
| 20 | Q. | Do you remember, Mr. Stone, about what time you left |
| 21 | | the Motor City Casino? |
| 22 | A. | Yeah, I say around 9. 9:30. |
| 23 | Q. | Do you think it was 9 or 9:30 or are you just not |
| 24 | | sure?  Which is fine. |
| 25 | A. | I'm going to say -- I'm sure it was 9:30. |

| | | |
|---|---|---|
| 1 | Q. | You're sure it was 9:30. When you got to Bradford and |
| 2 | | Gratiot, what time was that? |
| 3 | A. | That was about, roughly, 10, 10:15, something like |
| 4 | | that. Ten. Let's say, 10:15. |
| 5 | Q. | Do you think it took 45 minutes, approximately, to get |
| 6 | | from the Casino to -- |
| 7 | A. | Yeah, it did. |
| 8 | Q. | Fair to say you're a slow driver? |
| 9 | A. | No. No. Now listen, I came down there, my u-joint on |
| 10 | | my clutch is bad, so I drive 15, 20. I did not brake |
| 11 | | no record or try to break no record. I was trying to |
| 12 | | make it home. See, I just brought the thing that day. |
| 13 | | Excuse me. My mouth dry. I bought it that day, so we |
| 14 | | really made it to test drive to pick up some stuff, go |
| 15 | | to a New Year's Eve Party that we were going back to, |
| 16 | | so that's what we did. |
| 17 | Q. | So you went from the Motor City Casino up to Gratiot |
| 18 | | and Bradford. You didn't use the expressway? |
| 19 | A. | No. No. No. |
| 20 | Q. | So you got up there about 10:15. When you saw the man |
| 21 | | for the first time, the man that we're talking about |
| 22 | | today -- |
| 23 | A. | Um-hum. |
| 24 | Q. | -- what time do you think that was that you first saw |
| 25 | | that man? |

1   A.   When I first saw the man, I'm gonna say it was about

2        10, 10:15.

3   Q.   Couple minutes from when you turned to Bradford,

4        right?

5   A.   Let's say five minutes before I turned onto Bradford,

6        discovered I'm stuck, I seen this young man.

7   Q.   When you first saw the young man, were you inside the

8        truck or outside?

9   A.   I was inside the truck.

10  Q.   Did you see the young man walking up towards the

11       truck?

12  A.   Yes, I did.

13  Q.   Was he alone or was he walking with other people?

14  A.   He was alone.

15  Q.   Had any other people approached?  Had any -- had any

16       other person approached your truck that night other

17       than the man that came up to it?

18  A.   Nobody.  Nobody approached me before him.

19  Q.   That's right.  Okay.  So the first person that

20       approached you after you got yourself in trouble with

21       the truck was the man we're talking about, right?

22  A.   Yes, sir.

23  Q.   And you've described that man, that man that came up

24       first, how tall was he, approximately?

25  A.   I would say five-six,  five-seven.  Let's say

```
1          five-seven.
2    Q.    How tall are you?
3    A.    He my height.  I'm five-seven.
4    Q.    You're basing it on --
5    A.    The guy's about the same height I am.  We look eye to
6          eye and I'm five-seven.
7    Q.    Okay.  And how much do you say that man weighed that
8          came up towards you?
9    A.    I would say a hundred, a hundred and fifty, a hundred
10         or a hundred and fifty pounds.  I ain't gonna say
11         hundred, I'm gonna say a hundred and fifty, something
12         like that.  He wasn't no -- he was dressed wintery,
13         but --
14   Q.    Now you told us he was wearing -- first of all, let's
15         talk about his pants, blue jeans?
16   A.    Dark bluish, say blue jeans, yes.
17   Q.    And the jacket, was what kind of a jacket?
18   A.    I would say it's a silky blue jacket, like a feathery,
19         thick-like a winter jacket.
20   Q.    Do you know the type of jacket?
21   A.    No, I don't.
22   Q.    Or a slicker, like a --
23   A.    It was a winter-time coat people wear over the coat
24         with the hood, like a thick one, not like this.  This
25         is a jacket.  I'm talking about a coat.
```

```
 1    Q.   Every day jacket?

 2    A.   Yes.

 3    Q.   The hoodie that he was wearing, was that inside the

 4         jacket?

 5    A.   Inside the jacket.

 6    Q.   And the hood part came out?

 7    A.   Yep, on his head.

 8    Q.   Up on his head?

 9    A.   Yep.

10    Q.   Was it partially blocking his face?

11    A.   The hood?

12    Q.   Yes.

13    A.   The hood was blocking the side.  He had a cap on under

14         the hood.  He had a cap on and he had the hood over

15         the cap and the cap was deep down on his face, like

16         this.

17    Q.   I want you to tell me about the cap.

18    A.   The cap was black.

19              THE COURT:  Do you want to -- when he said

20         like this, the cap was down like this.

21              MR. HOWARTH:   Thank you, your Honor.

22    BY MR. HOWARTH:

23    Q.   You made a gesture up to your forehead?

24    A.   He -- yes, sir.  That's what I'm saying.  He had the

25         cap down, you know, like --
```

```
1    Q.   Baseball cap?

2    A.   Yeah, it was a baseball cap.

3    Q.   Baseball type?

4    A.   Yeah.

5    Q.   What color was the cap?

6    A.   The cap was black and it had a red bill, the bill, you

7         know, the bill of a cap.

8    Q.   Yes, I do, sir.

9    A.   It had a red --

10   Q.   What's it, red or orange?

11   A.   It was red or orange, one or the two, I couldn't tell.

12   Q.   Baltimore Orioles type?

13   A.   What?

14   Q.   Was it like Baltimore Orioles?

15   A.   I don't know man.  It was late, man.  I was tired.  I

16        was cold.

17                  THE COURT:  Let's get to the next question.

18                  MR. HOWARTH:   Thank you, your Honor.

19   BY MR. HOWARTH:

20   Q.   Can you tell me anything else about what the man was

21        wearing?

22   A.   No, I can't.

23   Q.   The man that came up right away when you got there,

24        that man, you described him as being a real nice man;

25        is that correct?
```

```
 1   A.   He was.  He was.  I'm talking you ain't gonna find a
 2        guy nicer than the way he was.  He act like he was
 3        really going to help me.  He helped.  I thought he
 4        helped me.  He pushed my truck, did everything to my
 5        truck.
 6   Q.   And you said he had a good conversation?
 7   A.   He was a nice young man.
 8   Q.   Did that man, in fact, get onto the cell phone and in
 9        your presence talk or seem to be talking to your son,
10        Jessie?
11   A.   Yes.
12   Q.   And was he giving Jessie, from what you could hear,
13        direction to where you was?
14   A.   He was.
15   Q.   As far as what you could tell, he's trying to tell
16        Jessie where the truck is?
17   A.   Right.  Right.
18   Q.   And you appreciated that?
19   A.   Man, hey, all I can tell you, nice man.  The man was a
20        nice man.
21   Q.   That man left, did he not?
22   A.   Yes, he left.
23   Q.   After how much -- approximately, how many minutes
24        going back and forth did he leave?
25   A.   Five to ten minutes.
```

1    Q.   And how long was he gone?

2    A.   I think five to ten minutes. That's what I'm saying.

3        That's what I'm saying. He was gone about five or ten

4        minutes.

5    Q.   I guess I was trying to figure out how long did the

6        good conversation last?

7    A.   Oh, the good conversation last at least 15, 20 maybe

8        30 minutes.

9    Q.   Somewhere between 15 and 30?

10    A.   Yeah.

11    Q.   Then he's gone five to ten?

12    A.   Yeah.

13    Q.   What direction did he go when he left?

14    A.   See, you kind of got me messed up on west or east or

15        south or whatever. When he left me, the way he came

16        from and turned left, so he went back toward Gratiot.

17        That would be east, I guess.

18               THE COURT: Don't guess, if you don't know.

19               THE WITNESS: Well, you know it's towards

20        Gratiot. I know it's toward Gratiot.

21 BY MR. HOWARTH:

22    Q.   That's more important that what we call the direction.

23        You know he was walking back towards Gratiot?

24    A.   The way I came from.

25    Q.   When you saw a person again coming up to the truck,

|  |  |  |
|---|---|---|
| 1 |  | what direction was that person coming from? |
| 2 | A. | The way that he went, he came back that same way. |
| 3 | Q. | All right.  How far was he away the second time when |
| 4 |  | you saw him coming back?  Was he up close to the truck |
| 5 |  | or far away when he's coming back? |
| 6 | A. | When I seen him the first time, he was probably not -- |
| 7 |  | I'm talking when he way back now, on the -- way back. |
| 8 |  | When I seen him, I really didn't know it was him until |
| 9 |  | he was, probably, 20, 30 feet from me. |
| 10 | Q. | The second time? |
| 11 | A. | He's on his way back now. |
| 12 | Q. | This second time that you saw the man, how long did it |
| 13 |  | take from when he got back up to the truck the second |
| 14 |  | time before he started doing stuff with pulling the |
| 15 |  | gun on you, how long went by?  That question is -- |
| 16 | A. | Ten minutes. |
| 17 | Q. | Ten minutes? |
| 18 | A. | Ten minutes. |
| 19 | Q. | So ten minutes more conversation? |
| 20 | A. | Right.  Right. |
| 21 | Q. | Was it friendly or unfriendly? |
| 22 | A. | It was friendly. |
| 23 | Q. | Still friendly? |
| 24 | A. | That's where I'm giving advice about carrying a gun. |
| 25 | Q. | Mr. Stone, did the man who pulled the gun on you, did |

```
1         he ever tell you don't look at my face?
2    A.   Yeah.    Yeah.
3    Q.   Did he scare you when he said don't look at my face?
4         I mean were you scared when he was saying that?
5    A.   I was scared.  I was scared, yes.
6    Q.   Did you do what he told you to do?
7    A.   I did everything he told me.
8    Q.   Including not look at his face?
9    A.   I did not look.  I did not look.   I did what he said.
10   Q.   That's fine.  I appreciate that.   Now did you get a
11        good look at his gun at all?
12   A.   No, he had a black gun.  I don't -- I'm not a gun
13        person, but he --
14   Q.   Do you know what kind of gun it was?
15   A.   It was -- it looked to me -- it look to me like an
16        automatic, like, what I -- maybe the police carry or
17        something, one of those not too big, like the police,
18        but it was automatic gun.
19   Q.   You told the police you thought it was a BSW -- excuse
20        me, BSA, right?
21   A.   BSA?  I don't understand what you are saying.
22   Q.   Well, it usually mean blue steel or black steel
23        automatic.
24   A.   Yeah.  Yeah.  Yeah.   It was dark.  It was dark so --
25                   THE COURT:   Okay.
```

```
1                    THE WITNESS:  So I don't know about the --
2        I know --
3   BY MR. HOWARTH:
4   Q.   Mr. Stone, evenutally you were called upon to make a
5        sketch.  May I have that sketch?  Thank you.
6                    What day was it, if you remember, that you
7        were called upon to make the sketch?
8   A.   I don't know that date.
9   Q.   How long was it after the night you were robbed,
10       approximately, one day, three days?
11  A.   Roughly six days, five or six days.
12  Q.   And how long did you spend with the police when the
13       two -- when you and the police were trying to come up
14       with a sketch?  In other words, was it ten minutes, a
15       half hour, hour?
16  A.   I'd say hour.
17  Q.   An hour.  When they got done with the sketch, when
18       the police got done with the sketch, did you tell the
19       police this looks like the man, this doesn't look like
20       the man or something in between?
21  A.   What I told the man, they asked me about a rate, what
22       would you rate this?  I said I'm not great.  I'd say
23       nine.  This is what I said.
24  Q.   By the nine, are you saying --
25  A.   What I mean about a nine, something wasn't there.  I
```

```
 1        couldn't --
 2   Q.   A ten --
 3   A.   I didn't want to say a ten.
 4   Q.   Ten would be perfect, right?
 5   A.   Ten would have been perfect.
 6   Q.   Nine would be very close?
 7   A.   Very close.
 8   Q.   All right.  So you told the police this is not
 9        exactly it, but this is it, physically?
10   A.   Basically.
11   Q.   And did you understand that the police were going to
12        use this sketch to help try and catch the guy?
13   A.   Yes, sir, that's my understanding.
14   Q.   Did you understand they were going to put it out on
15        television?
16   A.   They did.
17   Q.   Did you see it on television?
18   A.   Yes.
19   Q.   When you saw the sketch on television, did you say
20        yeah, that's the guy that robbed me?
21   A.   No, that ain't what I said.  I say that's the -- I
22        said that's the sketch that I put out.  I said do you
23        know what, they could have brought his cheeks up a
24        little bit more.  Now I told -- me and my wife was
25        talking about this, I ain't tell nobody else this.  As
```

```
 1        a matter of fact, I ain't talk to nobody else about
 2        this person until today.
 3   Q.   You didn't tell anybody else information until today
 4        about nothing?
 5   A.   About nothing.  I ain't talk about it with nobody, but
 6        my wife.
 7   Q.   You are saying that you didn't tell anybody until
 8        today that the sketch had some problems?
 9   A.   What I'm saying --
10   Q.   You're saying one of the problems was the cheeks,
11        aren't right?
12   A.   Right.  Right.
13   Q.   Anything else that isn't right?
14   A.   I ain't going -- I ain't got nothing else to say about
15        that poster.  To me, I can't see what it is, but it's
16        something there.  I don't know what it is.
17   Q.   Now when you went down to see the lineup, how many
18        days was that after you did the sketch, approximately?
19   A.   You throwing approximates at me.
20   Q.   Well, if you tell me exact, that's even better.
21   A.   Well I would like to tell you exact.  I would love to
22        tell you exactly, but I'm gonna tell you two days,
23        three days.
24   Q.   Do you know why you went -- did you know why you went
25        down that day?  In other words, you were told that you
```

1      were going to see a lineup?

2  A.  I was told that I was going to a lineup.

3  Q.  Were you told that the police had arrested somebody

4      that might have been the robber?

5  A.  I was told I was going down there to a lineup.  The

6      guy might be -- the man that did whatever was done to

7      me.

8  Q.  As best you can remember, what did the police say to

9      you, as best you can remember, as to why you're gonna

10     look at a lineup at that time then?

11  A.  From me to you, I did not ask them no questions.  I

12     was telling them great job they were doing, 'cuz I

13     felt good.  I said great job, you all found somebody.

14     They were, you got to identify for them before we can

15     do anything.

16  Q.  Of course.  Isn't it a true fact, Mr. Stone, that

17     when you walked into that lineup room that you

18     believed that the police had arrested somebody for the

19     robbery?

20  A.  When I walked in there, I really didn't believe it.

21  Q.  You didn't believe it?

22  A.  I kind of, like -- I kind of like -- I didn't believe

23     that they had him.

24  Q.  You looked at the people that were up there, am I

25     right?

| | | |
|---|---|---|
| 1 | A. | I looked at the people that were up there. |
| 2 | Q. | One of those people put a look on you, didn't they? |
| 3 | A. | I think all of them put a look on me. |
| 4 | Q. | Was there anything special about the look that that |
| 5 | | person you picked put on you? |
| 6 | A. | Yeah. |
| 7 | Q. | Tell me about that. |
| 8 | A. | The one, I knew he was supposed to have the head up |
| 9 | | like this, where I can see him.  I know this.  The |
| 10 | | young man had his head up, had his eyes down, like |
| 11 | | don't look at me.  Do you understand what I'm saying? |
| 12 | | Please don't look at me. |
| 13 | Q. | That's suspicious, isn't it? |
| 14 | A. | I call that suspicious, yeah. |
| 15 | Q. | And in your experience in life, is that if a person is |
| 16 | | avoiding looking at it, whether it's a used car |
| 17 | | salesman or anything -- |
| 18 | A. | Well, no, if you're in a lineup, you're going to look |
| 19 | | off or something, hey, I ain't all the way stupid. |
| 20 | | I'm 62 years old.  I know what I see.  I know when |
| 21 | | you're trying to fool me.  I know when you're trying |
| 22 | | to -- like I seen all this.  I had seen the whole |
| 23 | | lineup.  They all had a look on their face like please |
| 24 | | don't pick me, please don't do this. |
| 25 | Q. | What was special about the look of the guy that you |

```
1         picked?
2     A.  Special to me?  I was around this guy too long to not
3         know him.
4     Q.  Excuse me?
5     A.  I was around there too long to not to know him.  I
6         call him dumb.  I call him dumb.  I called him dumb
7         and ignorant.
8     Q.  Why is that?
9     A.  Why would he do the things he did and hang around me
10        like that?  That's what I've been questioning my damn
11        self, why hang around me and do me like he did me and
12        my wife?  I can't see that.  I cannot see that.  I'm
13        talking, I've been on the east side of town all my
14        life.  I run across dumb, but he's the dumbest.
15                    MR. HOWARTH:  Can I have just a second,
16        your Honor?
17                    THE COURT:  Yes.
18                    MR. HOWARTH:  I don't have any further
19        questions at this time.
20                    MS. CEZIL:  Just briefly, your Honor.
21        Thank you.
22                    REDIRECT EXAMINATION
23    BY MS. CEZIL:
24    Q.  Mr. Stone, the second time that the individual came
25        back, were you able to see their face?
```

99
BETH A. TOMASI, CSR-3098