STATE OF MICHIGAN

ORIGINAL

IN THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

                                        Case No. 13-0698-01
                    Plaintiff,

vs.

LEONARD KENNETH MCKNIGHT,

                    Defendant.
--------------------------------/

PLEA OF GUILTY

Before the **HONORABLE MICHAEL J. CALLAHAN,**

**CIRCUIT COURT JUDGE FOR THE COUNTY OF WAYNE**

Detroit, Michigan - April 9, 2013

**APPEARANCES:**

                              MR. THOMAS BEADLE
                              Assistant Prosecuting Attorney

                                 On behalf of the People


                              MR. WYATT G. HARRIS
                              Attorney at Law

                                 On behalf of the Defendant


                              Jeffrey B. Goldsmith
                              Official Court Reporter
                              CSMR-0037

FORM ERL   PENGAD • 1-800-631-6989

INDEX

WITNESSES:                                                                    PAGE:

NONE

EXHIBITS:                                                    INTRODUCED   ADMITTED

NONE

FORM ERL   PENGAD · 1-800-631-6989

Detroit, Michigan

April 9, 2013

PROCEEDINGS

THE COURT: People versus Leonard McKnight. 13-698. Counsel.

MR. BEADLE: Your Honor, good morning. Thomas Beadle for the People.

MR. HARRIS: Good morning, Your Honor. Wyatt Harris on behalf of the Defendant.

THE COURT: You are Leonard McKnight?

THE DEFENDANT: Yes, sir.

THE COURT: And how far did you go in school?

THE DEFENDANT: To the eleventh.

THE COURT: You signed a plea form indicating you are pleading guilty to one count of car jacking, punishable by up to life in prison?

THE DEFENDANT: Yes, sir.

THE COURT: And one count of felony firearm, punishable by a mandatory two years in prison?

THE DEFENDANT: Yes, sir.

THE COURT: And there is a sentence agreement that on count one, you serve eighty one months to one hundred and eighty months in the Department of Corrections consecutive to the two years for felony firearm. You understand that?

THE DEFENDANT: Yes, sir.

3

THE COURT: Would you raise your right hand? Do you swear the testimony you are about to give shall be the truth?

THE DEFENDANT: Yes, sir.

THE COURT: If I accept your plea, you will not have a trial of any kind. Do you understand?

THE DEFENDANT: Yes, sir.

THE COURT: You give up your right to be tried by a jury?

THE DEFENDANT: Yes, sir.

THE COURT: To be presumed innocent until proven guilty?

THE DEFENDANT: Yes, sir.

THE COURT: You give up the right to have the prosecutor prove beyond a reasonable doubt that you are guilty?

THE DEFENDANT: Yes, sir.

THE COURT: You give up the right to have witnesses against you appear at the trial?

THE DEFENDANT: Yes, sir.

THE COURT: And to question witnesses against you?

THE DEFENDANT: Yes, sir.

THE COURT: Your give up the right to have me order witnesses for you appear at the trial?

4

THE DEFENDANT: Yes, sir.

THE COURT: You give up the right to remain silent during the trial?

THE DEFENDANT: Yes, sir.

THE COURT: And not to have your silence used against you?

THE DEFENDANT: Yes, sir.

THE COURT: You give you the right to testify at the trial if you wish to testify?

THE DEFENDANT: Yes, sir.

THE COURT: And, if I accept your plea, you may not claim that the plea was the result of promises or threats not disclosed to me?

THE DEFENDANT: Yes, sir.

THE COURT: And you may not claim that it was not your choice to plea guilty?

THE DEFENDANT: Yes, sir.

THE COURT: If I accept your plea any appeal the conviction and sentence will be by application for leave to appeal and not by right. You understand that?

THE DEFENDANT: Yes, sir.

THE COURT: On January 5, 2013, were you at 20501 Grand River in the City of Detroit?

THE DEFENDANT: Yes, sir.

THE COURT: And did you take a 2000 Dodge

Stratus from someone?

THE DEFENDANT: Yes, sir.

THE COURT: And was that person present when you took it?

THE DEFENDANT: Yes, sir.

THE COURT: Did you know his name was Anthony Smith?

THE DEFENDANT: No, sir.

THE COURT: And at the time that you took the car, did you have a weapon?

THE DEFENDANT: Yes, sir.

THE COURT: And what was the weapon?

THE DEFENDANT: A gun.

THE COURT: What kind of a gun?

THE DEFENDANT: A 22.

THE COURT: A 22 caliber?

THE DEFENDANT: Yes, sir.

THE COURT: Was it a handgun?

THE DEFENDANT: Yes, sir.

THE COURT: People satisfied?

MR. BEADLE: Yes, thank you.

THE COURT: Defense satisfied?

MR. HARRIS: Yes, Your Honor.

THE COURT: I am satisfied that the plea is full, fair and voluntary and shall be entered upon the records

of the Court convicting the Defendant of one count of car jacking and one count of felony firearm, and sentencing date will be?

THE CLERK: April 19th.

THE COURT: Thank you.

MR. HARRIS: Thank you, Your Honor.

MR. BEADLE: Thank you very much, Judge.

(Matter concluded)

7

STATE OF MICHIGAN)

COUNTY OF WAYNE )


I, Jeffrey B. Goldsmith, Official Court Reporter for the Third Judicial Circuit of Michigan, do hereby certify that I reported the foregoing proceedings before the Honorable MICHAEL J. CALLAHAN, Circuit Judge on April 9, 2013; that the foregoing 8 pages constitutes a true and correct transcript of the proceedings so held.

Official Court Reporter
CSMR-0037

8