UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HOWARD J. MCKNIGHT,

      Petitioner,

v.                                   CASE NO. 2:19-CV-10516
                                       HONORABLE LINDA V. PARKER


PATRICK WARREN,

      Respondent.

_____/

**ORDER GRANTING PETITIONER'S MOTION
TO REOPEN AND AMEND HIS HABEAS PETITION,
REOPENING THE CASE, AND SETTING DEADLINES**

Michigan prisoner Howard J. McKnight ("Petitioner") initially filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 raising multiple claims for relief. After Respondent filed an answer to the petition, Petitioner moved to stay the proceedings so that he could return to the state courts to pursue newly discovered evidence and exhaust additional claims. The Court ultimately granted that motion, held the petition in abeyance, stayed the proceedings, and administratively closed the case. (ECF No. 19.) The matter is now before the Court on Petitioner's motion, filed through counsel, to reopen the case and amend his habeas petition.

Having reviewed the matter, the Court finds that Petitioner appears to have completed the collateral review process in the state courts and concludes that he should be allowed to reopen this case and proceed on an amended petition. Accordingly, the Court grants Petitioner's motion to reopen and amend his petition. The Court directs the Clerk's Office to reopen this case for further proceedings. Petitioner shall file an amended habeas petition by April 15, 2026. Respondent shall file an answer to that amended petition, and any additional relevant state court records, by June 15, 2026. Petitioner will then have until July 31, 2026, to file a reply, if desired. The Court makes no determination as to the procedural or substantive merits of the case at this time.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 16, 2026