**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HOWARD J. MCKNIGHT,
#687302,

      Petitioner,                                  Civil Action No. 19-CV-10516

vs.                                        Hon. Linda V. Parker

PATRICK WARREN,

      Respondent.

---

| | |
|---|---|
| Peter Dee (P88359) | Andrea M. Christensen-Brown (P71776) |
| Law Office of Peter Dee, Esq. | Michigan Department of Attorney General |
| *Attorney for Petitioner* | *Attorney for Respondent* |
| 310 W. Front St., Ste. 305 | 525 W Ottawa St |
| Traverse City, MI 49684 | Lansing, MI 4893 |
| (917) 734-7023 | (517) 335-7650 |
| deepeterc@gmail.com | christensena1@michigan.gov |

---

**STIPULATED ORDER TO EXTEND DEADLINES**

The Court's Order Granting Petitioner's Motion to Reopen and Amend His Habeas Petition, Reopening the Case, and Setting Deadlines, dated March 16, 2026 (ECF No. 21), set a deadline of April 15, 2026, for Petitioner to file an amended habeas petition.

Petitioner seeks to extend the deadlines set therein for a period of forty-five (45) days, due his *pro bono* counsel's needing additional time having recently returned from overseas prior to which he was engaged in a protracted trial.   The Respondent consents to the request.

The Petitioner having shown good cause for the requested modifications to the Court's 3/16/26 Order, with consent of Respondent, it is hereby,

**ORDERED** that the deadlines set forth in the Court's 3/16/26 Order shall be modified as follows:

Petitioner shall file an amended habeas petition by June 1, 2026. Respondent shall file an answer to that amended petition, and any additional relevant state court records, by June 30, 2026. Petitioner will then have until September 14, 2026, to file a reply, if desired.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 15, 2026

/s/ Peter Dee
Peter Dee (P88359)
Law Office of Peter Dee, Esq.
*Attorney for Petitioner*
310 W. Front St., Ste. 305
Traverse City, MI 49684
(917) 734-7023
deepeterc@gmail.com

/s/ Andrea M. Christensen-Brown
Andrea M. Christensen-Brown (P71776)
Michigan Department of Attorney General
*Attorney for Respondent*
525 W Ottawa St
Lansing, MI 4893
(517) 335-7650
christensena1@michigan.gov

2