**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HOWARD J. MCKNIGHT,
#687302,

Petitioner,
vs.

Civil Action No. 19-CV-10516
Hon. Linda V. Parker

SARAH SCHROEDER,

Respondent.

---


Peter Dee (P88359)
Law Office of Peter Dee, Esq.
*Attorney for Petitioner*
310 W. Front St., Ste. 305
Traverse City, MI 49684
(917) 734-7023
deepeterc@gmail.com

Andrea M. Christensen-Brown (P71776)
Michigan Department of Attorney General
*Attorney for Respondent*
525 W Ottawa St
Lansing, MI 4893
(517) 335-7650
christensena1@michigan.gov


---

**STIPULATED ORDER AMENDING CASE CAPTION**

Counsel for the parties hereto have consulted and agreed that the case caption in this matter be amended to show that, due to Petitioner Mr. McKnight's move to Marquette Branch Facility, it is now *McKnight v. Schroeder*, E.D. Mich. No. 2:19-cv-10516-LVP.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 4, 2026

STIPULATD TO BY:

/s/ Peter Dee
Peter Dee (P88359)
Law Office of Peter Dee, Esq.
*Attorney for Petitioner*
310 W. Front St., Ste. 305
Traverse City, MI 49684
(917) 734-7023
deepeterc@gmail.com

Dated: June 3, 2026

/s/ Andrea M. Christensen-Brown
Andrea M. Christensen-Brown (P71776)
Michigan Department of Attorney General
*Attorney for Respondent*
525 W Ottawa St
Lansing, MI 4893
(517) 335-7650
christensena1@michigan.gov

Dated: June 3, 2026