UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD J. McKNIGHT,

Petitioner,

v.

SARAH SCHROEDER,

Respondent.

CASE NO. 19-10516

HON. LINDA V. PARKER

MAG. JUDGE MONA K. MAJZOUB

**Notice of Filing Supplemental Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO: PETER DEE, Attorney for Petitioner

PLEASE TAKE NOTICE that a copy of the Supplemental Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

Respectfully submitted,

DANA NESSEL
Attorney General

s/Scott Shimkus

Assistant Attorney General
Criminal Appellate and Parole
Appeals Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7650
shimkuss@michigan.gov
P77546

Dated: August 5, 2026

Index of Record
19-10516

01. Wayne County Register of Actions

02. 08-08-2013 Defense Witness List

03. 09-20-2021 Successive Motion for Relief from Judgment

04. 06-24-2022 Opinion Denying Successive Motion for Relief from Judgment

05. 06-24-2022 Order Denying Motion for Relief from Judgment

06. 06-14-2023 Successive Motion for Relief from Judgment

07. 12-11-2023 People's Response to Motion for Successive Motion for Relief from Judgment

08. 02-09-2024 Opinion & Order Denying Successive Motion for Relief from Judgment

09. Michigan Court of Appeals 372033

10. Michigan Supreme Court 168116

## Certificate of Service

I hereby certify that on August 5, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE LINDA V. PARKER
MAGISTRATE JUDGE MONA K. MAJZOUB
PETER DEE, Attorney for Petitioner

Respectfully submitted,

DANA NESSEL
Attorney General

s/Scott Shimkus

Assistant Attorney General
Criminal Appellate and Parole
Appeals Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7650
shimkuss@michigan.gov
P77546